**RE44,248 CLAIM 29 vs Nuance dragon speech recognition software**

| Claim | |
|---|---|
| **29.** A computer readable non-transitory medium on a source computer, the source computer including a source installation of a speech recognition computer program into which a user is enrolled and which has generated voice model files and enrollment entries associated with the user, the computer readable non-transitory medium storing program instructions comprising instructions that cause the source computer to: | Nuance requirements for Dragon V15 Speech Recognition software (Source Computer) that contains a disk drive and memory (non-transitory medium)<br><br>**System requirements**<br><br>**Dragon Professional Individual (digital download)**<br>**RAM:** Minimum **4GB**<br>**CPU:** Intel® dual core or equivalent AMD processor. **Faster processors yield faster performance.**<br>**Free hard disk space: 8GB**<br>**Supported operating systems:** Windows 7, 8.1, 10 (32- and 64-bit); Windows Server 2008 R2 & 2012 R2<br>Internet Explorer 11 or higher or the current version of Chrome or Firefox for Online Help<br>A sound card supporting 16-bit recording<br>Built-in microphone or a Nuance-approved microphone—see support.nuance.com/compatibility for more information<br>An Internet connection for product download and automatic product activation (a quick anonymous process)<br><br>*https://www.nuance.com/dragon/business-solutions/dragon-professional-individual.html*<br><br>**Getting Started and Creating a Profile**<br><br>"Dragon is **speaker-dependent**. It relies on information specific to you, including what words and phrases you use often, how you sound, what audio device you use, and what settings you have; it stores this in a set of files referred to collectively as your "user profile" or just "profile." Each person who uses Dragon must have his or her own profile. Your profile is important; the more personalized it is, the better your experience will be. To have the best start, it's worth creating your profile carefully or upgrading it from a previous version of Dragon. This lesson will cover creating or upgrading a profile. But first, let's address what Dragon needs in order to get good audio input from you.<br><br>We recommend you take a look at the Help menu and begin personalizing the Vocabulary as soon as possible (this plays a crucial role in accuracy and efficiency)"<br><br>*https://www.nuance.com/content/dam/nuance/en_us/collateral/dragon/guide/gd-dragon-professional-workbook-en-us.pdf* |

| Claim | |
|---|---|
| | Below shows a user profile (voice model and enrollment entries) called "Hedley" that was created and trained using dragon speech recognition Version 15 software.<br><br>Picture from dragon software |
| a) record the user's voice model files and enrollment entries, | **Note**: When a user enrolls in dragon speech recognition software six folders are created for each user. Out of the six folders the "current folder" contains the majority of the user profile and enrollment entries. Also used to record information about the user or the user's speech recognition session is the "counters", "chkpt" and the "dataarchive" folders.<br><br>*Picture is a folders view of Dragon V. 15* |



| Claim | |
|---|---|
| | Additional recording means files are located in C:\ProgramData\Nuance\NaturallySpeaking15) |
| | *[Screenshot of file explorer showing C:\ProgramData\Nuance\NaturallySpeaking15 folder contents, including folders: BadUsers, Data, dataarchive, Datapack, logs, results, upgrade_data, Users; and files: build, datacollector, DLLWrap, Ereg, iwcsp, medapps, models, natspeak, nsapps, nsdefaults, nssystem, nsuser, oslocale, upgrade, webupdate, dd10enum, fileinfo, GA, Scheduler, AudioDevs]* |
| | In these example folders Dragon speech recognition software records specific information and parameters about a user when the user either exits the program, saves their user profile (i.e. voice model and enrollment entries), or may intermittently update user related information during a usage session.  As an example, four items indicate a recording means is in use or can be used as a record of files that make up a voice model when transferred. |
| | a. Datacollector.ini – Created/updated during user enrollment<br>b. Export progress form – Displays filenames during export process<br>c. Dragon.log – Log file providing status of voice model export<br>d. Export folder – User voice model export provides a full record of files transferred |
| | *File from Dragon current folder for user Hedley.* |

| Claim | |
|---|---|
| b) store the user's voice model files and enrollment entries in recoverable form as the user's voice model, and | Below shows a user profile (voice model and enrollment entries) called "Hedley" that was created and trained using dragon speech recognition Version 15 software.<br><br>*Picture from dragon software*<br><br>Dragon speech recognition software: Six folders are created for each user and Dragon stores the user's voice model files and enrollment entries in recoverable form as the user's voice model.<br><br>*From folder view after creating a Dragon user Profile.* |

| Claim | |
|---|---|
| | The following example shows the current folder that stores the user's voice model files and enrollment entries in recoverable form as the user's voice model.<br><br><br><br>*From folder view after creating a Dragon user Profile*<br><br>Using the feature "Manage User Profiles" included with the dragon speech recognition software, a user can select to "Export" their voice model to various media types for example disk drive, USB drive, network drive, etc..  The screen shot below is from dragon speech recognition software Version 15<br><br>*Picture from dragon software* |

| Claim | |
|---|---|
| | A destination location is then selected (USB Drive E in this example), then the packaged voice model files are then made available for transfer when "ok" is clicked.<br><br><br><br>*Pictures from dragon software*<br><br><span style="color:red">The Profile Manager then selects user's profile (voice model relevant files and enrollment entries) and moves the packaged files to the destination media for transfer to another speech recognition computer.</span> The screen shot below shows the Export progress bar, number of items being transferred, the name of the item presently being transferred, the source and destination media.<br><br>*Pictures from dragon software* |

| Claim | |
|---|---|
| | The picture below shows the user's voice packaged on the USB drive in a recoverable form:<br><br>*From folder view after creating voice model in recoverable form.* |
| c) transfer the user's stored voice model to a destination computer, the destination computer including a destination installation of the speech recognition computer program; | On the destination computer, using the feature "Manage user Profiles" included with the dragon speech recognition software a user selects "Import" using various media types including an optical drive, USB drives, network drives, etc.  For this example, the same USB drive is being used shown as USB-DRIVE F on the destination computer.<br><br>The USB Drive with the stored Hedley voice model and enrollment entries is then physically moved to the destination computer, now shown as drive F.<br><br>Below shows the packaged and stored Hedley voice model on a USB drive.<br><br>*Folder view on the destination computer of voice model in recoverable form.* |



| Claim | |
|---|---|
| | On the destination computer the user clicks the "Advanced" button and selects "Import" as shown below:<br><br><br><br>The user then selects the location and the user ID of the profile to import, in this example the USB Drive is seen as drive F on the destination computer.  Typically, the drive letter gets assigned to the next available letter by the Windows operation system, so not getting the same drive letter is common and expected.<br><br>*From dragon software user screens* |

| Claim | |
|---|---|
| | The voice model and enrollment entries are then transferred to the second speech recognition computer (destination computer). The screen shot below shows the Import progress bar, number of items being transferred, the name of the item presently being transferred (outlined in the red box), the source and destination username/folders.<br><br><br><br>*From dragon software user screens*<br><br>Below shows that the "Hedley" folder with the packaged voice model and enrollment entries was transferred:<br><br>*Example folder view after transferring Dragon user profile on destination computer.* |

| Claim | |
|---|---|
| | Below show the files that were transferred, files residing in the Hedley "current" folder as an example.<br><br>t-1 > Hedley > current<br><br>| Name | Date modified | Type | Size |<br>|---|---|---|---|<br>| 0_1 | 2/3/2020 9:18 AM | File folder | |<br>| 0_1_container | 2/3/2020 9:18 AM | File folder | |<br>| 2_1 | 2/3/2020 9:18 AM | File folder | |<br>| 2_1_container | 2/3/2020 9:18 AM | File folder | |<br>| General_ | 2/3/2020 9:18 AM | File folder | |<br>| General__container | 2/3/2020 9:18 AM | File folder | |<br>| ta | 2/2/2020 5:15 PM | File folder | |<br>| ts | 1/20/2020 8:36 PM | File folder | |<br>| tt | 2/2/2020 5:15 PM | File folder | |<br>| ttm | 1/20/2020 8:36 PM | File folder | |<br>| aco | 2/2/2020 5:15 PM | Configuration settings | 3 KB |<br>| acoustic | 2/1/2020 3:03 AM | Configuration settings | 1 KB |<br>| audio | 2/2/2020 5:15 PM | Configuration settings | 6 KB |<br>| itnoptions | 2/2/2020 5:15 PM | Configuration settings | 1 KB |<br>| local | 2/3/2020 9:18 AM | Configuration settings | 1 KB |<br>| MyCmds | 8/23/2016 10:07 PM | DAT File | 64 KB |<br>| options | 2/2/2020 6:37 PM | Configuration settings | 2 KB |<br>| soptions | 1/20/2020 8:39 PM | Configuration settings | 1 KB |<br>| topics | 1/20/2020 8:36 PM | Configuration settings | 1 KB | |

| Claim | |
|---|---|
| | |
| wherein the transfer of the user's voice model to the destination computer enables the destination computer to enroll the user into the speech recognition computer program on the destination computer<br><br>and increases the accuracy of the speech recognition computer program on the destination computer. | The dragon software notifies that the import of user "Hedley" was successful and now "Hedley" is enrolled on the destination computer.<br><br>Shown below, the "Hedley" user profile with the voice model and enrollment entries is now available for use on the destination computer allowing "Hedley" to achieve the same speech recognition accuracy and performance on the destination computer.<br><br> |

| Claim | |
|---|---|
| | **Getting Started and Creating a Profile**<br><br>Dragon is *speaker-dependent*. It relies on information specific to you, including what words and phrases you use often, how you sound, what audio device you use, and what settings you have; it stores this in a set of files referred to collectively as your "user profile" or just "profile."<br><br>Each person who uses Dragon must have his or her own profile. <mark>Your profile is important; the more personalized it is, the better your experience will be. To have the best start, it's worth creating your profile carefully or upgrading it from a previous version of Dragon.</mark><br><br>This lesson will cover creating or upgrading a profile. But first, let's address what Dragon needs in order to get good audio input from you.<br><br>"Your profile is important; **the more personalized it is, the better your experience** will be. To have the best start, it's worth creating your profile carefully or **upgrading it from a previous version of Dragon**.  We recommend you take a look at the Help menu and begin personalizing the Vocabulary as soon as possible (this plays a crucial role in accuracy and efficiency)"<br><br>*https://www.nuance.com/content/dam/nuance/en_us/collateral/dragon/guide/gd-dragon-professional-workbook-en-us.pdf* |