UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>NUANCE COMMUNICATIONS, INC.,<br><br>  Defendant. | Civil Action No. 1:20-cv-10564<br><br>JURY TRIAL DEMANDED |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Plaintiff and Counter-Defendant SynKloud Technologies, LLC ("SynKloud") and Defendant and counterclaimant Nuance Communications, Inc. ("Nuance") hereby submit this Joint Statement pursuant to the Court's Order of July 21, 2020 (ECF No. 19). Exhibit A to the statement contains a table with the Parties' agreed upon claim terms for construction from U.S. Patent No. RE44,248 (the "'248 Patent") and their respective preliminary proposed constructions.

Dated: November 3, 2020

Respectfully Submitted by:

| | |
|---|---|
| LAMKIN IP DEFENSE | HARBOR LAW GROUP |
| /s/ Rachael Lamkin | /s/ Catherine Rajwani |
| Rachael D. Lamkin (Cal. Bar #246066) | Catherine I. Rajwani, Esq. (BBO# 674443) |
| (admitted *pro hac vice* on 6/18/20) | Herling Romero, Esq. (BBO# 703870) |
| 655 Montgomery St., 7th Floor | 300 West Main Street, Building A, Unit 1 |
| San Francisco, CA 94111 | Northborough, MA 01532 |
| 916.747.6091 | Phone: (508) 393-9244 |
| RDL@LamkinIPDefense.com | Fax: (508) 393-9245 |
| | Email: crajwani@harborlaw.com |
| Briana R. Cummings (BBO #692750) | Email: hromero@harborlaw.com |
| Branch Legal LLC | |
| 31 Church St., Suite 3 | **Attorneys for Plaintiff** |
| Winchester, MA 01890 | **SynKloud Technologies, LLC** |
| 781.325.8060 | |
| 781.240.6486 (fax) | |
| briana@branchlegal.com | |
| | |
| **Attorneys for Defendant** | |
| **Nuance Communications, Inc.** | |

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated:  November 3, 2020                                  /s/Catherine I. Rajwani
                                                                               Catherine I. Rajwani