# Exhibit A - Claim Chart

| Claim Term (found in asserted claims) | SynKloud's Construction | Nuance's Construction | Court's Construction |
|---|---|---|---|
| **"enrollment entries"** (Claims 8(a)-(c), 15(a)-(c), 24(a)-(b), 29(a)-(c) & 34(a)-(b)) | Data collection created by speech recognition software from user input | Indefinite | |
| **"voice model files"** (Claims 8(a)-(c), 15(a)-(c), 24(a)-(b), 29(a)-(c) & 34(a)-(b)) | Files in a user's voice model | Indefinite | |
| **"enrollment means"** (Claims 8 & 15) | *Means Plus Function*<br><br>**Function**: enroll the first user on said second computer, using the first user's stored enrollment entries and the first user's user voice model files transferred from the first computer.<br><br>**Corresponding Structure**: Create user folder and copy user voice model files and enrollment entries to user folder as disclosed in the '248 Patent, Col. 7, lines | *Means Plus Function*<br><br>**Function**: enroll the first user on said second computer, using the first user's stored enrollment entries and the first user's user voice model files transferred from the first computer<br><br>Enrollment means is indefinite under Section 112(6) for failure to disclose corresponding structure. | |

1

| Claim Term (found in asserted claims) | SynKloud's Construction | Nuance's Construction | Court's Construction |
|---|---|---|---|
| | 32-35 & 55-59; SynKloud000917, 950-51 and 954. | | |
| **"recording means"** (Claims 8 & 15) | *Means Plus Function*<br><br>**Function**: record the first user's voice model files and enrollment entries, stored on the first computer, and store the first user's enrollment entries in recoverable form as the first user's voice model files and enrollment entries.<br><br>**Corresponding Structure**: Catalog voice model files and enrollment entries accurately, detecting errors, and save in recoverable form as disclosed in the '248 Patent Figs. 2, 3 & 5; Col. 4, lines 41-42, 46-48, & 55-58; Col. 6, lines 49-51 & 52-58; Col. 7, lines 4-22; and SynKloud000941, 950-52, & 953-56. | *Means Plus Function*<br><br>**Function**: record the first user's voice model files and enrollment entries, stored on the first computer, and store the first user's enrollment entries in recoverable form as the first user's voice model files and enrollment entries.<br><br>Recording means is indefinite under Section 112(6) for failure to disclose corresponding structure. | |
| **"record"** (Claims 24(a)(ii)(1) | Catalog accurately | Plain and ordinary meaning | |

2

| Claim Term (found in asserted claims) | SynKloud's Construction | Nuance's Construction | Court's Construction |
|---|---|---|---|
| & 29(a)) | | | |
| **"Identification means"** (Claims 9 & 16) | *Means Plus Function* **Function**: identify the speech recognition computer program installed on a computer. **Corresponding Structure**: Software application version check as identified in the '248 Patent Fig. 1; Col. 4, lines 31- 34; and SynKloud000943-44. | *Means Plus Function* **Function**: identify that speech computer recognition program installed on a computer. Identification means is indefinite under Section 112(6) for failure to disclose corresponding structure. | |
| **"enroll," "enrolled"** (Claims 8(pre), 10, 15(pre), 17, 24(a)(i), (b)(ii), 26, 29(pre)[d][1], 31(b), 34(b), 36, & 51(pre)[f]) | Register; create a user's voice model | Train/trained Train (trained) a speech recognition system with the user's voice patterns | |
| **"identify users [that are/previously have been] enrolled"** (Claims 10, 17, 26, & 36) | Determine if a selected user is registered | Distinguish between which users have been enrolled and which have not | |

---

[1] [d] signifies the final limitation in the claim, though not designated in the patent itself.

3

| Claim Term (found in asserted claims) | SynKloud's Construction | Nuance's Construction | Court's Construction |
|---|---|---|---|
| **"user's Voice Model" or "voice model"** (Claims 29(b)-(c) & 51(a)) | User's voice model files and enrollment entries | Voice Model = a signal, information, or electronic data file that is information and/or parameters that represent a person's voice or a noise.<br><br>voice model (small caps) = indefinite | |
| **"adapted to"** (Claims 24(a)(ii), 25 & 26) | Suitable to<br><br>*If Nuance advances the argument that the "adapted to" term in claims 24, 26, and 36 is Means Plus Function language and the Court determines that "adapted to" is Means Plus Function:*<br><br>**First function**: adapted to record the user's voice model files and enrollment entries, stored on the source computer.<br><br>**Corresponding Structure**: fastest Intel Central Processing Unit (CPI) commonly available (SynKloud000922) to catalog stored voice model files and enrollment entries accurately, | **Means Plus Function**<br><br>**Function**:<br><br>**First function**: adapted to record the user's voice model files and enrollment entries, stored on the source computer.<br><br>**Corresponding Structure**. indefinite under Section 112(6) for failure to disclose corresponding structure.<br><br>**Third Function**: transfer the user's voice model files and the user's speech enrollment entries to a second computer having a speech recognition computer program installed on it. | |

4

| Claim Term (found in asserted claims) | SynKloud's Construction | Nuance's Construction | Court's Construction |
|---|---|---|---|
| | detecting errors as disclosed in the '248 Patent Col. 6, lines 52-58; SynKloud000941, 950-952, & 953-56.<br><br>**Third Function**: transfer the user's voice model files and the user's speech enrollment entries to a second computer having a speech recognition computer program installed on it.<br><br>**Corresponding Structure**: off the shelf processor of sufficient speed (*e.g.* fastest Intel Central Processing Unit (CPI) commonly available at SynKloud000922) that transfers the user's voice model files and the user's speech enrollment entries to a second computer having a speech recognition computer installed on it as disclosed in the '248 Patent at Fig. 4, Col. 4, lines 51-54; Col. 6, lines 37-42; Col. 7, lines 4-5; and SynKloud000933-34, 950, & 952-56. | **Corresponding Structure**: disk drive, tape drive, writable CD, network, disk, optical disk, floppy, and their equivalents.<br><br>**Fourth Function**: enroll the user in the speech recognition computer program on said second computer, using the user's voice model files and enrollment entries that were transferred from the source computer.<br><br>**Corresponding Structure**. indefinite under Section 112(6) for failure to disclose corresponding structure.<br><br>**Fifth Function**: identify the users that have previously been enrolled.<br><br>**Corresponding Structure**. indefinite under Section 112(6) for failure to disclose corresponding structure. | |

| Claim Term (found in asserted claims) | SynKloud's Construction | Nuance's Construction | Court's Construction |
|---|---|---|---|
| | **Fourth Function:** enroll the user in the speech recognition computer program on said second computer, using the user's voice model files and enrollment entries that were transferred from the source computer.<br><br>**Corresponding Structure**: off the shelf processor of sufficient speed (*e.g.* fastest Intel Central Processing Unit (CPI) commonly available at SynKloud000922) to create user folder and copy user voice model files and enrollment entries to user folder as disclosed in the '248 Patent, Col. 7, lines 32-35 & 55-59; SynKloud000917, 950-51 & 954.<br><br>**Fifth Function**: identify the users that have previously been enrolled.<br><br>**Corresponding Structure**: off the shelf processor of sufficient speed (*e.g.* fastest Intel Central Processing Unit (CPI) commonly available at SynKloud000922) to | | |

| Claim Term (found in asserted claims) | SynKloud's Construction | Nuance's Construction | Court's Construction |
|---|---|---|---|
| | determine if a selected user is registered as disclosed at SynKloud000951. | | |