UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SYNKLOUD TECHNOLOGIES, LLC** <br><br> Plaintiff, <br><br> v. <br><br> **NUANCE COMMUNICATIONS, INC.** <br><br> Defendant. | Case No. 1:20-cv-10564-PBS <br><br> **DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY** |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY**

Defendant Nuance Communications, Inc., respectfully seeks leave to file a reply brief of eight pages responding to certain arguments presented in Plaintiff Synkloud Technologies, LLC's Opposition to Nuance's motion to amend its invalidity contentions filed on November 4, 2020 (Document No. 25) (hereinafter, "Synkloud's Opposition"). Specifically, Nuance would like to address the following issues in its reply:

1. Synkloud's arguments that Nuance has not been diligent in researching the prosecution history of the patent at issue;

2. Synkloud's arguments that the amendments Nuance seeks are a surprise;

3. Synkloud's efforts to argue the section 101 contention on the merits; and

4. Synkloud's lack of any argument for opposing nuances motion to add Section 112(6) defenses.

Nuance believes that a short reply to Synkloud's Opposition will aid the Court's analysis of the legal issues raised in its Motion to Amend and Synkloud's Opposition.

1

WHEREFORE, Nuance respectfully requests leave to file a reply of eight pages to Synkloud's Opposition to Nuance's Motion to Amend. Should the Court grant this request, Nuance proposes to file the proposed reply brief attached hereto as Exhibit A.

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that I have conferred with Plaintiff's counsel regarding the foregoing Motion for Leave to File a Reply Brief and requested her assent to this Motion, which was not granted.

Dated:  November 9, 2020            /s/ Briana R. Cummings

Respectfully submitted,
NUANCE COMMUNICATIONS, INC.,
By its attorneys,

/s/ Rachael D. Lamkin
Rachael D. Lamkin (Cal. Bar #246066)
(admitted *pro hac vice* on 6/18/20)
Lamkin IP Defense
655 Montgomery St., 7th Floor
San Francisco, CA 94111
916.747.6091
RDL@LamkinIPDefense.com

/s/ Briana R. Cummings
Briana R. Cummings (BBO #692750)
Branch Legal LLC
31 Church St., Suite 3
Winchester, MA 01890
781.325.8060
781.240.6486 (fax)
briana@branchlegal.com

### CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2020, I served a copy of the within *Defendant's Motion for Leave to File a Reply* electronically on all registered participants in this case via the Court's ECF filing system.

/s/ Briana R. Cummings
Briana R. Cummings