UNITED STATES D....
FOR THE DISTRICT OF MASS....
EASTERN DIVISION

SYNKLOUD TECHNOLOGIES, LLC,

Plaintiff,

v.

NUANCE COMMUNICATIONS, INC.,

Defendant.

Civil Action No. _____

**JURY TRIAL DEMANDED**

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff SynKloud Technologies, LLC ("SynKloud" or "Plaintiff") hereby alleges for its Complaint for Patent Infringement against Nuance Communications, Inc. ("Nuance" or "Defendant") the following:

**NATURE OF THE ACTION**

1.    This is an action for patent infringement of United States Patent No. RE 44,248 entitled "System for Transferring Personalize Matter from One Computer to Another," (the "'248 Patent" or the "Patent-in-Suit"), with named inventor Darrell A. Poirier which was duly and legally issued by the United States Patent and Trademark Office on May 28, 2013, arising under the Patent Laws of the United States, 35 U.S.C. § 1, *et seq.*, seeking damages and other relief under 35 U.S.C. § 281, *et seq.*

SynKloud v. Nuance, Case No. 1:20-cv-10564

Defendant Nuance Communication's Technology Tutorial

Rachael D. Lamkin

Lamkin IP Defense

(57)            **ABSTRACT**

This invention combines methodologies that enhance voice recognition dictation. It describes features for moving speaker voice files eliminating redundant training of speech recognition dictation applications. It defines how to create synthetic voice models reducing speaker dependency. It combines accuracy and performance into a single measure called RAP Rate. Moreover, the invention describes enhancing voice recognition applications and systems by measure/adjusting hardware and software features for optimal voice recognition dictation incorporating methodical processes based on RAP Rate. Using these approaches and tools the invention includes a method for constructing a handheld transcriber that immediately translates audio speech into text with real-time display. The invention describes a method for applying RAP Rate and synthetic voice models to applications like voice mail to text. With the ability to move and translate voice models the invention describes new services that could be provided for a fee.

(54) **SYSTEM FOR TRANSFERRING PERSONALIZE MATTER FROM ONE COMPUTER TO ANOTHER**



ground Audio Recovery System).

5   In general terms however, voice recognition dictation products that are ==presently in the market== follow the typical clone PC market strategy. The state of the art is buying a personal computer that is designed as a general purpose computing device, installing ==voice recognition software (i.e. IBM Via-Voice, L&H Voice Express, Philips Speech Pro from Philips, Dragon Naturally Speaking, from Dragon Systems)==, and using that configuration as a Large Vocabulary Voice Recognition dictation system. When using Large Vocabulary Voice Recognition (LVVR) applications in the clone PC environment, two problems are experienced: machine dependency and speaker dependency. While this approach is typically used throughout the computer industry, it often leaves users frustrated with accuracy and performance of the voice recognition applications.

4

transferring them to the voice recognition software for a speech to text translation. Further advantages can be achieved by applying the RAP Rate measurement techniques to engineering and manufacturing processes resulting in products that have a common reference and relationships providing a known value to industry, users, and customers prior to purchasing the voice dictation product. Applying the RAP Rate measurement techniques with other techniques for determining voice recognition user speech patterns (described in detail later) enables the creation of a new type of speaker voice models or a (Super Voice Model) that can be applied to many people without the prerequisite of training or voice recognition system enrollment. In overview this invention includes components that measure voice recognition metrics (RAP meter), provides ease of use for the movement of speaker voice models (Voice Model Mobility), a handheld transcriber that includes voice recognition software for dictation internal to the transcriber (Powerful Handheld Device), a process for the manufacturing and verification of systems used for voice dictation purposes (RAP Rate Manufacturing Process), a methodology for creating speaker independent voice models (Super Voice Model), and applying these techniques of RAP Meters, Voice Model Mobility, Super Voice Model, and Powerful Handheld Devices to a Audio Voice Mail to Text Transcription system. These components and their related features and advantages are described in the description of the preferred embodiment using the drawings as reference.

turers.

BRIEF SUMMARY OF THE INVENTION

==This invention includes several components that provide enhancements and ease of use features to voice recognition systems and applications==. In accordance with this invention, it is possible to reliably measure accuracy and responsiveness of a voice recognition system used for dictation purposes. With the ability to measure these key metrics other enhancements can then be added to voice recognition systems with a quick and easy determination of system improvement or degradation. One such enhancement described is the ability to move speaker voice models (Voice Modeled Mobility) between systems with the ability to quickly determine the success of a quick user enrollment versus a full training session of a voice recognition system. The measurements can also be applied to ==a new type of handheld transcriber with== internal voice dictation software eliminating the need for a two-step process of recording the dictation notes and then



# The Problem to be Solved

microphone they are speaking into.

Therefore it is generally accepted that upfront training to gain an acceptable level of accuracy and system responsiveness requires time and effort as the system learns a specific user. This investment of time and effort is a per machine cost adding to machine dependency. Training a voice recognition system will result in a specific system voice to text translation accuracy in a given time indicating system responsiveness/performance. When trying to determine and obtain the highest level of system accuracy and performance, one can spend much effort, time, and money trying to determine the best options, (performance and accuracy versus components, effort, and cost). This has led to frustration and funds wasted with the result being that the speech recognition system is left sitting on the shelf or discarded.

Many professional people use more than 1 computer to accomplish their daily task. When more than 1 computer is used for voice recognition, accuracy and performance may not be consistent due to different levels of training accomplished for each system. This was discovered through experimentation with voice recognition packages and was verified in talking with doctors, lawyers, and other professionals that use speech recognition. These users described accuracy for example, at an estimated 94 percent but all claimed that they didn't know accurately what the accuracy was. Other statements made included how accuracy would vary when using an assortment of machines for voice dictation.



4 Technologies Reflected in the Asserted Claims

1. Voice Model Mobility (VMM)
2. Recording Technology
3. Enrollment Technology
4. Identification technology



The Solution: VMM

### ⌗ What is Voice Model Mobility (VMM) ?

National Voice defines a voice model to be a computer recognized voice of an individual person or noise.  Usually this refers to a digitized model of a speech pattern that is used for voice recognition. VMM is the ability to move the voice model between computers allowing each computer to use the voice model with a standard level of performance on each system.  Without VMM each system needs to be trained and configured separately.



Provisional, 60/156,638 at 19/101



## 4 Technologies Reflected in the Asserted Claims

1. Voice Model Mobility (VMM)
2. Recording Technology
3. Enrollment Technology
4. Identification technology

GROUND OF THE INVE

of the Invention

nvention relates to computer voice rec
ements. It explains methodologies for measuri
accuracy, and performance as system responsiv
standardized method of measurement. The inve
ces a method of machine independent user mo
n different voice recognition systems. It addres
l for enabling speaker independent voice recogn
ses of people without the need for training or e
t describes how to apply the technology to a ne
active real time voice to text handheld tra
visual feedback to replace the previous
that are only recording devices. It de
s in a system that translates v
essages.

# The Purported Inventions in the '248 Patent

This invention relates to computer voice recognition enhancements. . . . <u>It describes how to apply the technology to a new style of interactive real time voice to text handheld transcriber including visual feedback to replace the previous handheld transcribers that are only recording devices</u>.

'248, 1:35-48; *see also id*., Abstract, 3:52-4:28

# Both Sides Agree: Step One is to Record:
# Nuance Follows The Examiner's Determination

## *Recording means*



**Figure 11**

The '416 patent discloses in col. 3, lines 56-61 of a handheld transcriber with internal voice dictation software eliminating the need for a two-step processes of recording the dictation notes.  The examiner determines that although the patent specification discloses of "recording" with the transcriber, it is not known what means within the transcriber is used to record the user's voice model files and enrollment entries.

Dkt. 33-1, 8/75

SynKloud Avers record is to "Catalog Accurately"

where the voice model will be stored. When the user selects the OK button, a software execution process begins copying the user's parameters, and other files that make up the voice model. The process creates a catalog of the voice model system environment (parameters) and packages the files into a central location with a log file, information file, and initialization file to support future movement of the specific voice model. For VMM, more specifically, the sequence of events includes:

6:54



"Catalog" Explained, 5:50-7:26

## DETAILED DESCRIPTION OF THE INVENTION

It is the object of this invention to provide a method for transferring voice models defined as Voice Model Mobility. Voice Model Mobility (VMM) was originally conceived due to the problem of having to train multiple voice recognition dictation machines for a single person's voice. This was discovered when experimenting with voice recognition dictation applications. It was determined that a better way to use multiple machines was to separate the files and parameters that characterize the user, package the files and parameters as a voice model and move them to a medium for transfer and installation into another separate system. Voice models and a means to package, move them, and install them can and should be independent of the voice recognition applications allowing the owner of a voice model the ability to plug into and use any voice recognition machine. Voice models and training are assumed needed and can be time-consuming therefore; voice recognition applications provided backup mechanisms to restore voice files to their original locations.

"Catalog" Explained, 5:50-7:26

4,248 E

**6**

They did not however, provide a means to transfer voice models between systems. Prior to VMM, moving voice models between voice recognition systems did not exist and there was no easy way to move these specific user parameters and data between machines. Several experiments were done in effort of understanding why the voice recognition applications did not support such features. From these experiments it was discovered that the lack of ability to create and move a voice model was not technical. The first experiment was to use the backup and save feature provided with the Dragon Professional voice recognition application. The problems encountered when trying to accomplish this included a different filename when restoring the user from when the user was saved. Another problem was the limitation of where the backup could be saved. In other words the voice model was not mobile. The second experiment was to copy the voice

"Catalog" Explained, 5:50-7:26

**\* VF10. How can I transfer voice files between different machines?**

*B. UNZIPPING VOICE FILES ON THE NEW MACHINE*

Note: To update an existing set of voice files on the new machine WITH EXACTLY THE SAME NAME as the voice files on the old machine, skip step 1 and proceed directly to step 2.

1) On the "new" computer, create a user with an identical username.
Click on Voice Menu | Users | Create User and type in the same username used on the machine the voice files were copied from. Skip the Quick Training and the tutorial.

Dragon FAQ 1998
https://web.archive.org/web/19980625204925fw_/http://www.dragonsys.com/techsupport/faq/vocfiles.html#VF10,
Dkt. No. 11-2

occurred often. Problems encountered prior to successful file copies included; user voice files contamination, the system hanging when trying to open a specific user, or the Dragon application no longer finding the user for opening. Although this approach sometimes yielded success it was discovered that the user would have to be created first, and then the files could be copied. This was due to registry entries not being setup as part of the copy process. A Visual Basic prototype was coded using this method for user interface experimentation. The third effort included investigation of the system registry to determine if Dragon was setting any parameters using the registry. This was found to be true and solved the final problems. The current version of VMM is coded in the C programming language.

"Catalog" Explained, 6:26-34

# Registry Explained

The registry is a hierarchical database that contains data that is critical for the operation of Windows and the applications and services that run on Windows. The data is structured in a tree format. Each node in the tree is called a *key*. Each key can contain both *subkeys* and data entries called *values*. Sometimes, the presence of a key is all the data that an application requires; other times, an application opens a key and uses the values associated with the key. A key can have any number of values, and the values can be in any form. For more information, see Registry Value Types and Registry Element Size Limits.

Each key has a name consisting of one or more printable characters. Key names are not case sensitive. Key names cannot include the backslash character (), but any other printable character can be used. Value names and data can include the backslash character.

The name of each subkey is unique with respect to the key that is immediately above it in the hierarchy. Key names are not localized into other languages, although values may be.

The following illustration is an example registry key structure as displayed by the Registry Editor.





**Figure 1**

FIG. 1 is the opening screen of a software application called Voice Model Mobility. It displays the voice recognition application being used (current speech engine) and its related software version. It also has four buttons for controlling the application including moving speaker voice models from the voice recognition application (Move voice model from speech engine), moving voice models to the speech recognition application (Move voice model from media), and help and exit buttons.

Referencing FIGS. 1 through 5, FIG. 1 illustrates the start up screen from voice model mobility software. The opening screen contains two buttons to control the movement of voice models between media and voice recognition systems. FIG. 2

# Catalog Explained – FIG 1

'248, FIG 1, 4:31-39, 6:43-46



**Figure 2**

FIG. 2 illustrates the user control screen of the Voice Model Mobility software used when copying a voice model from the speech engine to media (disk drive, tape drive, writable CD, network, or other transfer medium). It has for user control's including voice model selection button, destination button, and OK and cancel button.

models between media and voice recognition systems. FIG. 2 illustrates another screen of the user interface. This screen is displayed when de-installing or moving a voice model from the speech recognition program to a storage medium. The user selects the voice model to be used and the destination where the voice model will be stored. When the user selects the OK button, a software execution process begins copying the user's parameters, and other files that make up the voice model. The process creates a catalog of the voice model system environment (parameters) and packages the files into a central location with a log file, information file, and initialization file to support future movement of the specific voice model. For VMM, more specifically, the sequence of events

# Catalog Explained – FIG 2

'248, FIG 2, 4:40-45, 6:46-59

model. For VMM, more specifically, the sequence of events includes:

1. User clicks "Move voice model to Media" button.
2. A folder labeled "Users" is created on the destination media.
3. A "users.ini" file is created in the Users folder. This file is a logical translation from Username to a user file name that Dragon will open.
4. VMM then creates and writes the user specific registry information into a file called VMMinfo.txt

7

5. A "user" specific folder will be created in the Users folder. There are several files in the user specific folder.
6. The user as a result of the Dragon training process creates the files listed below. These files are copied to the CDWriter using the standard Dragon directory structure. Files included are:

audioin.dat

Current Folder containing:
  topics (configuration file)
  options (configuration file)
global.DVC
Voice folder
  DD10User.sig
  DD10User.usr
GeneralE Folder
  dd10voc1.voc
  dd10voc2.voc
  dd10voc3.voc
  dd10voc4.voc
  General.voc
Shared Folder
  archive. voc

These files and related registry parameters information make up the voice model for this example for the Dragon Professional application.

# Catalog Explained

- '248, FIG 2, 6:58-7:25



4 Technologies Reflected in the Asserted Claims

1. Voice Model Mobility (VMM)
2. Recording Technology
3. Enrollment Technology
4. Identification technology

SynKloud v. Nuance, No. 1:20-cv-10564    20

# Enrollment is Not Explained in the '248; it was Well-Known

- "Currently within the art, a user must train a speech recognition system with the user's voice patterns in order to achieve accurate speech recognition. This process is called enrollment." (Brooks, Dkt. No. 30-1, at 21 of 64.)

```
//
// Function:  XCopyDirectory
//            This routine will copy the contents of one
//            directory to another, including all subdirectories.
//            This routine is called as a thread, and it terminates
//            the thread upon completion.
// Required Parameters:
//            srcpath  - (global)Contains the source path to copy
//            despath  - (global)Contains the destination path
//            param    - Pointer to a THREAD_INFO             .
// Return Value:
//            thread exit status
//
DWORD WINAPI
XCopyDirectory(void *param)
{
```

```
//
// Function:  VmmCopyFromCD
//            This routine handles the VMM_COPY_FROM_CD dialog box.
// Return Value:
//            0 - Success, and dialog box remains open
//            >0 - Exit, and the dialog box closes
//
int APIENTRY VmmCopyFromCD(HWND hDlg,
```

follows:

1. VMM pops up a user selection window asking for drive containing the voice model.
2. After the drive is selected, VMM looks on the selected drive for the Users folder containing the voice models, specifically, the users.ini files. 40
3. If VMM does not find any users, a window pops up saying that no users were found with an OK button to click returning the user to the previous screen as illustrated in FIG. **5**. 45
4. If users exist, VMM then asks the user to select one of the voice models it found on the selected drive.
5. VMM then reads the file VMMInfo.txt file to determine the appropriate registry settings.
6. If the user already exists, VMM will prompt the user to 50 ask if the existing user files should be overwritten.
7. If the user responds by clicking the OK button, then steps 8 onward will be executed, other wise VMM will go back to the main VMM screen.
8. If there is no user specific folder, then VMM creates the 55 user specific folder in the standard Dragon hierarchical directory structure otherwise it uses the existing folder.
9. VMM then copies all the specific user files listed previously to the specific User folder.
10. VMM then configures the registry parameters for the 60 selected user.

# SynKloud Proffers 3 Different Algorithms

Professional application.

FIG. **3** is the screen displayed when installing a voice model into voice recognition system. From this screen and the follow-up screen shown in FIG. **4** the user selects a specific voice model and the location of the voice model to be used. When the user selects the OK button on FIG. **4** a software execution process starts reading and executing the VMM initialization files and deposits the voice recognition parameters and files into the operating systems registry and parameter configurations files. The sequence of events occurs as follows:

1. VMM pops up a user selection window asking for drive containing the voice model.

2. After the drive is selected, VMM looks on the selected drive for the Users folder containing the voice models, specifically, the users.ini files.

3. If VMM does not find any users, a window pops up saying that no users were found with an OK button to click returning the user to the previous screen as illustrated in FIG. **5**.

4. If users exist, VMM then asks the user to select one of the voice models it found on the selected drive.

5. VMM then reads the file VMMInfo.txt file to determine the appropriate registry settings.

6. If the user already exists, VMM will prompt the user to ask if the existing user files should be overwritten.

7. If the user responds by clicking the OK button, then steps 8 onward will be executed, other wise VMM will go back to the main VMM screen.

8. If there is no user specific folder, then VMM creates the user specific folder in the standard Dragon hierarchical directory structure otherwise it uses the existing folder.

9. VMM then copies all the specific user files listed previously to the specific User folder.

10. VMM then configures the registry parameters for the selected user.



Figure 3



Figure 4

and OK and cancel button.

FIG. **3** displays the user control screen of the Voice Model Mobility software used when moving a voice model from media into a speech recognition application. This control allows the location of the voice model to be selected and OK and cancel button.

FIG. **4** displays the user control screen of the Voice Model Mobility software used when moving a voice model from media into a speech recognition application. There is a button to select the voice model and OK and cancel buttons.

## The FIG 3-4 Sequence Cited By SynKloud Pertains to Transfer, not Enrollment



# 4 Technologies Reflected in the Asserted Claims

1. Voice Model Mobility (VMM)
2. Recording Technology
3. Enrollment Technology
4. Identification technology

Software That Can Identify the Speech Recognition Software Program



**Figure 1**

Software That
Can Identify the
Speech
Recognition
Software
Program

```
}

//
// Function:  Get_Dragon_Users
//            This routine will check to make sure Dragon Professional
//            is installed on this PC.  If it is then it builds a list of
//            known users in drinfo.  The user list is generated from
//            the system registry under Dragon.
// Return Value:
//            0 - If Dragon was found
//            >0 - If Dragon was not found
//
```



Software That Can Identify Users Already Enrolled (Trained)