UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SYNKLOUD TECHNOLOGIES, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**NUANCE COMMUNICATIONS, INC.**<br><br>Defendant. | Case No. 1:20-cv-10564-PBS<br><br>**DEFENDANT'S *MARKMAN* PRESENTATION** |

**DEFENDANT'S *MARKMAN* PRESENTATION**

Attached as Exhibit A to this cover pleading is Defendant Nuance Communications' presentation for the February 12, 2021 *Markman* Hearing.

                                              Respectfully submitted,

                                              *Rachael D. Lamkin*
                                              Rachael D. Lamkin
                                              Rachael D. Lamkin (Cal. Bar #246066)
                                              (admitted *pro hac vice* on 6/18/20)
                                              Lamkin IP Defense
                                              655 Montgomery St., 7th Floor
                                              San Francisco, CA 94111
                                              916.747.6091
                                              RDL@LamkinIPDefense.com

                                              /s/ Briana R. Cummings_____
                                              Briana R. Cummings (BBO #692750)
                                              Branch Legal LLC
                                              31 Church St., Suite 3

Winchester, MA 01890
781.325.8060
781.240.6486 (fax)
briana@branchlegal.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2021, a true and accurate copy of the above and foregoing:

**DEFENDANT'S *MARKMAN* PRESENTATION**

Was filed with the Court's CM/ECF system, which provides service to all counsel of record.

*Rachael D. Lamkin*
_____
Rachael D. Lamkin