UNITED STATES D...
FOR THE DISTRICT OF MASSAC...
EASTERN DIVISION

SYNKLOUD TECHNOLOGIES, LLC,

Plaintiff,

v.

NUANCE COMMUNICATIONS, INC.,

Defendant.

Civil Action No. _____

**JURY TRIAL DEMANDED**

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff SynKloud Technologies, LLC ("SynKloud" or "Plaintiff") hereby alleges for its Complaint for Patent Infringement against Nuance Communications, Inc. ("Nuance" or "Defendant") the following:

**NATURE OF THE ACTION**

1. This is an action for patent infringement of United States Patent No. RE 44,248 entitled "System for Transferring Personalize Matter from One Computer to Another," (the "'248 Patent" or the "Patent-in-Suit"), with named inventor Darrell A. Poirier which was duly and legally issued by the United States Patent and Trademark Office on May 28, 2013, arising under the Patent Laws of the United States, 35 U.S.C. § 1, *et seq.*, seeking damages and other relief under 35 U.S.C. § 281, *et seq.*

SynKloud v. Nuance, Case No. 1:20-cv-10564

Defendant Nuance Communication's PPT

Markman Hearing: 2/12/2021
Honorable Judge Patti B. Saris

Rachael Lamkin, Lamkin IP Defense

Briana Cummings, Branch Legal LLC



| Claim Term (found in asserted claims) | SynKloud's Construction | Nuance's Construction |
|---|---|---|
| **"enrollment entries"** (Claims 8(a)-(c), 15(a)-(c), 24(a)-(b), 29(a)-(c) & 34(a)-(b)) | Data collection created by speech recognition software from user input | Indefinite |
| **"voice model files"** (Claims 8(a)-(c), 15(a)-(c), 24(a)-(b), 29(a)-(c) & 34(a)-(b)) | Files in a user's voice model | Indefinite |

8. A computer software application that functions upon a first computer that uses a speech recognition computer program, into which program a first user is enrolled and which program has produced a first user's user voice model files and a first user's enrollment entries, said application comprising:

a. a recording means adapted to record the first user's voice model files and enrollment entries, stored on the first computer, and store the first user's enrollment entries in recoverable form as the first user's voice model files and enrollment entries,

b. a transfer means adapted to move the first user's user voice model files and the first user's stored enrollment entries to a second computer having a speech recognition computer program installed on it, and

c. an enrollment means adapted to enroll the first user on said second computer, using the first user's stored enrollment entries and the first user's user voice model files transferred from the first computer.



a. a recording means adapted to record the first user's voice model files and enrollment entries, stored on the first computer, and store the first user's enrollment entries in recoverable form as the first user's voice model files and enrollment entries,

b. a transfer means adapted to move the first user's user voice model files and the first user's stored enrollment entries to a second computer having a speech recognition computer program installed on it, and

VMF & EE

VMF & EE

VMF & EE

?

Which files get moved?

Enrollment Means Training

Brooks et al., (6,477,493) teach an off site voice enrollment on a transcription device for speech recognition.

an important way to enhance user productivity.

Currently within the art, a user must train a speech recognition system with the user's voice patterns in order to achieve accurate speech recognition. This process is called enrollment. The enrollment process involves user dictation of a body of text into the speech recognition system. This

As per claim 15, Kahn et al., teach a voice training/enrollment process for simultaneous training of a voice recognition system as described in claim 1 and handheld recording device (0019-0022).

Dkt. No. 30-1, at 6, 21, 34.



# Enrollment Means Training

"Because an examiner [] can be considered one of ordinary skill in the art, his construction of the asserted claims carries significant weight."

St. Clair Intellectual Prop. Consultants, Inc. v. Canon Inc., 412 F. App'x 270, 276 (Fed. Cir. 2011)

## Enrollment Means Training

The patentee added this language to the specification after the Examiner cited Brooks.

US RE4⁴

**17**

devices (the computer and the handheld transcriber). Using this method enables a single training session for both devices. This was successful allowing a user to train a hand held transcriber at the same time the desktop system was trained. This method saved the redundant training time but did not ⁵ solve the other problems of display for direct user feedback and the ability to correct accuracy errors during the dictation process. This training once for two devices has advantages over the method described in U.S. Pat. No. 6,477,493 Brooks Et Al. (Offsite Voice Enrollment on a Transcription Device for 10 Speech Recognition) where it is described how to train a handheld transcription device using a cable connected to a voice recognition system. Using Brooks et al. system requires training once for the transcription device and a second time for the desktop voice recognition system. 15

## SynKloud's Proposed Construction for Enrollment Entries; User Input Includes Training

"Data collection created by speech recognition software <u>from user input</u>."

Wouldn't this necessarily include training files; isn't training "user input"?

acoustic environment associated with the recording device. Both Nuance and SynKloud use the term "enrollment" consistent with its customary and ordinary meaning, as initial registration on either software (*i.e.,* user profile creation) or a recording device (*i.e.,* dictation profile creation).

is solicited by the accused software to identify a particular user. User profile creation is sometimes loosely referred to as user training as it is part of the overall process of customizing a user's voice model. However, the term training is used in the '248 Patent and more typically understood as the

SynKloud Says Enrollment is User Profile Creation, then Admits User Profile Creation Is Sometimes Referred to as Training

• RCCB, Dkt. No. 32, at 9, 11



SynKloud Admits that an Audio Device Generates Enrollment Entries

is solicited by the accused software to identify a particular user. User profile creation is sometimes loosely referred to as user training as it is part of the overall process of customizing a user's voice model. However, the term training is used in the '248 Patent and more typically understood as the on-going training of a user's voice model. In Dragon Naturally Speaking Software (version 15), the subject of SynKloud's infringement contentions, the software asks a user to enter information about him/herself such as the user's (i) name, (ii) region (country) and accent, and (iii) audio device to generate enrollment entries. *See* screen shots *infra* and Romero Dec. at **Exhibit G**.

- RCCB, Dkt. No. 32, at 11



| Claim Term (found in asserted claims) | SynKloud's Construction | Nuance's Construction |
|---|---|---|
| **"enrollment entries"** (Claims 8(a)-(c), 15(a)-(c), 24(a)-(b), 29(a)-(c) & 34(a)-(b)) | Data collection created by speech recognition software from user input | Indefinite |
| **"voice model files"** (Claims 8(a)-(c), 15(a)-(c), 24(a)-(b), 29(a)-(c) & 34(a)-(b)) | Files in a user's voice model | Indefinite |

**Enrollment Means Training**

Brooks et al., (6,477,493) teach an off site voice enrollment on a transcription device for speech recognition.

an important way to enhance user productivity.

Currently within the art, a user must train a speech recognition system with the user's voice patterns in order to achieve accurate speech recognition. This process is called enrollment. The enrollment process involves user dictation of a body of text into the speech recognition system. This

30

As per claim 15, Kahn et al., teach a voice training/enrollment process for simultaneous training of a voice recognition system as described in claim 1 and handheld recording device (0019-0022).

Dkt. No. 30-1, at 6, 21, 34.

8. A computer software application that functions upon a first computer that uses a speech recognition computer program, into which program a first user is enrolled and which program has produced a first user's user voice model files and a first user's enrollment entries, said application comprising:

a. a recording means adapted to record the first user's voice model files and enrollment entries, stored on the first computer, and store the first user's enrollment entries in recoverable form as the first user's voice model files and enrollment entries,

b. a transfer means adapted to move the first user's user voice model files and the first user's stored enrollment entries to a second computer having a speech recognition computer program installed on it, and

c. an enrollment means adapted to enroll the first user on said second computer, using the first user's stored enrollment entries and the first user's user voice model files transferred from the first computer.

# What Are The voice model files (Lower Case)?

applications. It was determined that a better way to use multiple machines was to separate the files and parameters that characterize the user, package the files and parameters as a voice model and move them to a medium for transfer and installation into another separate system. Voice models and a

"files" and parameters = voice model (lower case),
5:56-60

"files" + training files + parameters = voice model
(lower case), 7:3-25

folder. There are several files in the user specific folder.
6. The user as a result of the Dragon training process creates the files listed below. These files are copied to the CDWriter using the standard Dragon directory structure. Files included are:

audioin.dat

Current Folder containing:
   topics (configuration file)
   options (configuration file)
global.DVC
Voice folder
   DD10User.sig
   DD10User.usr
GeneralE Folder
   dd10voc1.voc
   dd10voc2.voc
   dd10voc3.voc
   dd10voc4.voc
   General.voc
Shared Folder
   archive. voc

These files and related registry parameters information make up the voice model for this example for the Dragon Professional application.



a. a recording means adapted to record the first user's voice model files and enrollment entries, stored on the first computer, and store the first user's enrollment entries in recoverable form as the first user's voice model files and enrollment entries,

b. a transfer means adapted to move the first user's user voice model files and the first user's stored enrollment entries to a second computer having a speech recognition computer program installed on it, and

VMF & EE    VMF & EE    VMF & EE

?

- Which files get moved?
- Still have same problem,
- Plus, where are the training files? In both VMF and EE??

| "**enrollment means**"<br>(Claims 8 & 15) | *Means Plus Function*<br><br>**Function**: enroll the first user on said second computer, using the first user's stored enrollment entries and the first user's user voice model files transferred from the first computer.<br><br>**Corresponding Structure**: Create user folder and copy user voice model files and enrollment entries to user folder as disclosed in the '248 Patent, Col. 7, lines 32-35 & 55-59; SynKloud000917, 950-51 and 954. | *Means Plus Function*<br><br>**Function**: enroll the first user on said second computer, using the first user's stored enrollment entries and the first user's user voice model files transferred from the first computer<br><br>Enrollment means is indefinite under Section 112(6) for failure to disclose corresponding structure. |

*Enrollment Means*

The '416 patent specification discloses of a voice recognition system enrollment as well as enrollment entries. The examiner determines however, that the patent specification does not adequately describe the means that is used for the enrollment means.

SynKloud v. Nuance, No. 1:20-cv-10564



- Dkt. Nos. 33-1, at 9

1. A first computer that uses a speech recognition computer program, into which program a first user is enrolled and which program has produced the first user's user voice model files and the first user's enrollment entries, thereby allowing the first user access to the program and increasing the accuracy of the said program, the said application comprising:

a) a recording means adapted to record the first user's voice model files and enrollment entries, stored on the memory of the first computer, and store the first user's voice model files and enrollment entries in recoverable form as the first user's stored enrollment entries,

b) a transfer means adapted to move the first user's user voice model files and the first user's stored enrollment entries to a computer file storage device, and

c) an enrollment means adapted to enroll the first user on another computer other than the first computer, said another computer having a speech recognition computer program installed on it, using the first user's stored enrollment entries and the first user's user voice model files from the computer file storage device, to thereby allow the first user to have access to and increase the accuracy of the speech recognition computer program installed on the said another computer.

8. A computer software application that functions upon a first computer that uses a speech recognition computer pro- 15 gram, into which program a first user is enrolled and which program has produced a first user's user voice model files and a first user's enrollment entries, said application comprising:

a. a recording means adapted to record the first user's voice model files and enrollment entries, stored on the first 20 computer, and store the first user's enrollment entries in recoverable form as the first user's voice model files and enrollment entries,

b. a transfer means adapted to move the first user's user voice model files and the first user's stored enrollment 25 entries to a second computer having a speech recognition computer program installed on it, and

c. an enrollment means adapted to enroll the first user on said second computer, using the first user's stored enrollment entries and the first user's user voice model 30 files transferred from the first computer.

# The Claims Rejected in Later Applications Are Nearly Identical to the Asserted Claims

Dkt. No. 33-1, at 27-28, 37-38

| SynKloud |
| --- |

*Means Plus Function*

**Function**: enroll the first user on said second computer, using the first user's stored enrollment entries and the first user's user voice model files transferred from the first computer.

**Corresponding        Structure**: Create user folder and copy user voice model files and enrollment entries to user folder as disclosed in the '248 Patent, Col. 7, lines 32-35         &         55-59; SynKloud000917, 950-51 and 954.

Professional application.

FIG. **3** is the screen displayed when installing a voice model into voice recognition system. From this screen and the follow-up screen shown in FIG. **4** the user selects a specific voice model and the location of the voice model to be used. When the user selects the OK button on FIG. **4** a software execution process starts reading and executing the VMM initialization files and deposits the voice recognition parameters and files into the operating systems registry and parameter configurations files. The sequence of events occurs as follows:

1. VMM pops up a user selection window asking for drive containing the voice model.
2. After the drive is selected, VMM looks on the selected drive for the Users folder containing the voice models, specifically, the users.ini files.
3. If VMM does not find any users, a window pops up saying that no users were found with an OK button to click returning the user to the previous screen as illustrated in FIG. **5**.
4. If users exist, VMM then asks the user to select one of the voice models it found on the selected drive.
5. VMM then reads the file VMMInfo.txt file to determine the appropriate registry settings.
6. If the user already exists, VMM will prompt the user to ask if the existing user files should be overwritten.
7. If the user responds by clicking the OK button, then steps 8 onward will be executed, other wise VMM will go back to the main VMM screen.
8. If there is no user specific folder, then VMM creates the user specific folder in the standard Dragon hierarchical directory structure otherwise it uses the existing folder.
9. VMM then copies all the specific user files listed previously to the specific User folder.
10. VMM then configures the registry parameters for the selected user.

1. Not clearly linked (stored enrollment entries and user voice model files not in the structure/algorithm)

2. If linked, the entire algorithm, and its equivalents is the "corresponding structure".

The source code algorithm is not the same as the algorithm in the patent

# SynKloud000917,   950-51   and 954.

```
//
// Function:  VmmCopyFromCD
//            This routine handles the VMM_COPY_FROM_CD dialog box.
// Return Value:
//            0 - Success, and dialog box remains open
//            >0 - Exit, and the dialog box closes
//
int APIENTRY VmmCopyFromCD(HWND hDlg,
                                    WORD wMsg,
                                    LONG wParam,
                                    LONG lParam)
{
    int             retCode = VMM_SUCCESS;
    LPITEMIDLIST    lpitem;
    BROWSEINFO      browse;

    switch (wMsg)
    {
    case WM_INITDIALOG:
        // Make sure we have DirectCD
        if (!(env.flags & DIRECTCD_FOUND)) {
            PostErrorMessage(hDlg, BAD_DIRECTCD_VERSION,
VMM_SUCCESS);
        }
        // Make sure we have Dragon
        if (!(env.flags & DRAGON_FOUND)) {
            PostErrorMessage(hDlg, BAD_DRAGON_VERSION,
VMM_FAIL);

            return(VMM_FAIL);
        }
        //
        // Get the user to select the directory that contains
```

FIG. 3 is the screen displayed when installing a voice model into voice recognition system. From this screen and the follow-up screen shown in FIG. 4 the user selects a specific voice model and the location of the voice model to be used. When the user selects the OK button on FIG. 4 a software execution process starts reading and executing the VMM initialization files and deposits the voice recognition parameters and files into the operating systems registry and parameter configurations files. The sequence of events occurs as follows:

1. VMM pops up a user selection window asking for drive containing the voice model.
2. After the drive is selected, VMM looks on the selected drive for the Users folder containing the voice models, specifically, the users.ini files.
3. If VMM does not find any users, a window pops up saying that no users were found with an OK button to click returning the user to the previous screen as illustrated in FIG. 5.
4. If users exist, VMM then asks the user to select one of the voice models it found on the selected drive.
5. VMM then reads the file VMMInfo.txt file to determine the appropriate registry settings.
6. If the user already exists, VMM will prompt the user to ask if the existing user files should be overwritten.
7. If the user responds by clicking the OK button, then steps 8 onward will be executed, other wise VMM will go back to the main VMM screen.
8. If there is no user specific folder, then VMM creates the user specific folder in the standard Dragon hierarchical directory structure otherwise it uses the existing folder.
9. VMM then copies all the specific user files listed previously to the specific User folder.
10. VMM then configures the registry parameters for the selected user.



| Claim Term | SynKloud | Nuance |
|---|---|---|
| **"recording means"** (Claims 8 & 15) | *Means Plus Function*<br><br>**Function**: record the first user's voice model files and enrollment entries, stored on the first computer, and store the first user's enrollment entries in recoverable form as the first user's voice model files and enrollment entries.<br><br>**Corresponding Structure**: Catalog voice model files and enrollment entries accurately, detecting errors, and save in recoverable form as disclosed in the '248 Patent Figs. 2, 3 & 5; Col. 4, lines 41-42, 46-48, & 55-58; Col. 6, lines 49-51 & 52-58; Col. 7, lines 4-22; and SynKloud000941, 950-52, & 953-56. | *Means Plus Function*<br><br>**Function**: record the first user's voice model files and enrollment entries, stored on the first computer, and store the first user's enrollment entries in recoverable form as the first user's voice model files and enrollment entries.<br><br>Recording means is indefinite under Section 112(6) for failure to disclose corresponding structure. |

# Both Sides Agree: Step One is to Record:
# Nuance Follows The Examiner's Determination

## *Recording means*



The '416 patent discloses in col. 3, lines 56-61 of a handheld transcriber with internal voice dictation software eliminating the need for a two-step processes of recording the dictation notes. The examiner determines that although the patent specification discloses of "recording" with the transcriber, it is not known what means within the transcriber is used to record the user's voice model files and enrollment entries.

Dkt. 33-1, 8/75

1. A first computer that uses a speech recognition computer program, into which program a first user is enrolled and which program has produced the first user's user voice model files and the first user's enrollment entries, thereby allowing the first user access to the program and increasing the accuracy of the said program, the said application comprising:

   a) a recording means adapted to record the first user's voice model files and enrollment entries, stored on the memory of the first computer, and store the first user's voice model files and enrollment entries in recoverable form as the first user's stored enrollment entries,

   b) a transfer means adapted to move the first user's user voice model files and the first user's stored enrollment entries to a computer file storage device, and

      c) an enrollment means adapted to enroll the first user on another computer other than the first computer, said another computer having a speech recognition computer program installed on it, using the first user's stored enrollment entries and the first user's user voice model files from the computer file storage device, to thereby allow the first user to have access to and increase the accuracy of the speech recognition computer program installed on the said another computer.

said another computer.

8. A computer software application that functions upon a first computer that uses a speech recognition computer program, into which program a first user is enrolled and which program has produced a first user's user voice model files and a first user's enrollment entries, said application comprising: 15

   a. a recording means adapted to record the first user's voice model files and enrollment entries, stored on the first computer, and store the first user's enrollment entries in recoverable form as the first user's voice model files and enrollment entries, 20

   b. a transfer means adapted to move the first user's user voice model files and the first user's stored enrollment entries to a second computer having a speech recognition computer program installed on it, and 25

   c. an enrollment means adapted to enroll the first user on said second computer, using the first user's stored enrollment entries and the first user's user voice model files transferred from the first computer. 30

## The Claims Rejected in Later Applications Are Nearly Identical to the Asserted Claims

Dkt. No. 33-1, at 27-28, 37-38

| | Op. | Plur. | Thes. | Date |
|---|---|---|---|---|
| (5027406 6374221 6477493 6490561 20060149558 6067517 6442519 5852801 6122614 6904405 20030055655 6434524 5615296 5991712 5956683 6594628 6868381 6873951 6961699 7006967 20050171783 5946654 5911129 6154722 20040088162 5271088 5758319 6615172 6064963 6308158 7143033 20030191643 6182038 20040254791 6175820 6137879 6353809 6415258 6871179 6940951 20020097845 5651055 6785647 5220639 5212730 5895447 6055498 6226611 6226611 5008941).pn. | PGPB, USPT, USOC, EPAB, JPAB, DWPI, TDBD | OR | YES | | 10-24-20 |
| ·rality near5 transcri$6) and (speech adj engine) ¹ (computer adj program) and record$3 and enroll$5 | PGPB, USPT, U²⁰ | OR | YES | | |

# Examiner's Prior Art Search Makes Clear He (as POSITA) Understood the Transcriber Did the Recording

# Originally Filed Claims Make Clear the Recorder is the Hand-Held Transcriber

14.   A specific cable configuration that can be simultaneously connected to a handheld transcriber (analog or digital recorder) and a voice recognition system.

15.   A voice recognition training/enrollment process for simultaneous training of a voice recognition system as described in claim 1 and a handheld recording device.

16.   A voice recognition dictation system as described in claim 1 that is in the form factor of a handheld voice recognition dictation transcriber that includes operating system and voice recognition software as part of the handheld device.

a first user's enrollment entries, and application computing:

a. a recording means adapted to record the first user's voice model files and enrollment entries, stored on the first computer, and store the first user's enrollment entries in recoverable form as the first user's voice model files and enrollment entries,

for the desktop voice recognition system.                    15

A better method of accomplishing large vocabulary voice recognition for handheld transcribers would be to package the desktop system hardware into a handheld form factor.

It is further the object of this invention to describe a methodology of building a handheld device containing enough    20 CPU power, memory, storage, display, input sound system, and supporting operating system and voice recognition software Inc. into the handheld device to accomplish voice recognition dictation with the handheld device.

lary of greater than 30,000+ words) that can be translated
5 realtime during dictation. Save file saves the dictated text files for later editing, importing and exporting, archival or transfer. The device supports a network connection for moving the files and voice models to and from the handheld device.

When Windows 98 boots the startup configuration
10 launches Dragon voice recognition software with a Dragon pad work process and turns the microphone on. The user is then able to use voice commands to navigate the Windows operating system and the Dragon software and also dictate to the Dragon pad work processor. The RAP Meter technology
15 was used for selection in verification of components to achieve the desired goal of handheld voice recognition dictation. Voice model mobility was used to maintain an up-to-date voice model between the handheld device in the desktop voice recognition system. This is one example of a handheld
20 transcriber using components to support the voice recognition software internal to the handheld transcriber. It is to be appreciated that other components could be used to achieve the same results.

Software, Files, etc., are already Loaded Onto the Recorder.  Files Are Updated & Moved to Computer Two

17:16-24, 18:15-34

This is consistent with SynKloud's concept of a "living voice model".

Dkt. No. 32, at 8.

# The Claims Cover Software & Hardware

said another computer.

**8**. A computer software application that functions upon a first computer that uses a speech recognition computer program, into which program a first user is enrolled and which program has produced a first user's user voice model files and a first user's enrollment entries, said application comprising:

    a. a recording means adapted to record the first user's voice model files and enrollment entries, stored on the first computer, and store the first user's enrollment entries in recoverable form as the first user's voice model files and enrollment entries,

    b. a transfer means adapted to move the first user's voice model files and the first user's stored enrollment entries to a second computer having a speech recognition computer program installed on it, and

    c. an enrollment means adapted to enroll the first user on said second computer, using the first user's stored enrollment entries and the first user's user voice model files transferred from the first computer.

**9**. A software application as recited in claim **8** that includes

ums like disk, optical disk, floppy, network, etc. is defined here as Voice Model Mobility (VMM). Voice Model Mobility as described here is a software application. However, people skilled in the art will recognize that the specific functionality could be included as part of a hardware pluggable device. Referencing FIGS. **1** through **5**, FIG. **1** illustrates the start up

6:39-42



SynKloud's Proposed Corresponding Structure: Function not mapped to the structure (catalogue "accurately, detecting errors")

**Function**: record the first user's voice model files and enrollment entries, stored on the first computer, and store the first user's enrollment entries in recoverable form as the first user's voice model files and enrollment entries.

**Corresponding    Structure**: Catalog voice model files and enrollment entries accurately, detecting errors, and save in recoverable form as disclosed in the '248 Patent Figs. 2, 3 & 5; Col. 4, lines 41-42, 46-48, & 55-58; Col. 6, lines 49-51 & 52-58; Col. 7, lines 4-22; and SynKloud000941, 950-52, & 953-56.

the '248 Patent Figs. 2, 3 & 5; Col. 4, lines 41-42, 46-48, & 55-58; Col. 6, lines 49-51 & 52-58; Col. 7, lines 4-22; and SynKloud000941, 950-52, & 953-56.



None of these disparate citations comprise an algorithm.

"an algorithm is still a step-by-step procedure for accomplishing a given result."

Ergo Licensing, LLC v. CareFusion 303, Inc., 673 F.3d 1361, 1362 (Fed. Cir. 2012).

Nothing in any of these citations about accuracy, error detection, recoverable form, etc.

Figure 5

Unable to find any voice models

OK

SynKloud v. Nuance, No. 1:20-cv-10564                    29

The source code algorithm is not the same as the algorithm in the patent

SynKloud000941, 950-52, & 953-56.

Proposed code for enrollment means

SynKloud000917, 950-51 and 954.

Proposed code for recording means

```
//
// Function:  VmmCopyFromCD
//            This routine handles the VMM_COPY_FROM_CD dialog box.
// Return Value:
//            0 - Success, and dialog box remains open
//            >0 - Exit, and the dialog box closes
//
int APIENTRY VmmCopyFromCD(HWND hDlg,
                                        WORD wMsg,
                                        LONG wParam,
                                        LONG lParam)
{
    int             retCode = VMM_SUCCESS;
    LPITEMIDLIST    lpitem;
    BROWSEINFO      browse;

    switch (wMsg)
    {
    case WM_INITDIALOG:
            // Make sure we have DirectCD
            if (!(env.flags & DIRECTCD_FOUND)) {
                    PostErrorMessage(hDlg, BAD_DIRECTCD_VERSION,
VMM_SUCCESS);
            }
            // Make sure we have Dragon
            if (!(env.flags & DRAGON_FOUND)) {
                    PostErrorMessage(hDlg, BAD_DRAGON_VERSION,
VMM_FAIL);

                    return(VMM_FAIL);
            }
            //
            // Get the user to select the directory that contains
```



| Claim Term | SynKloud | Nuance |
|---|---|---|
| **"record"** (Claims 24(a)(ii)(1) & 29(a)) | Catalog accurately | Plain and ordinary meaning |



**Figure 1**

FIG. 1 is the opening screen of a software application called Voice Model Mobility. It displays the voice recognition application being used (current speech engine) and its related software version. It also has four buttons for controlling the application including moving speaker voice models from the voice recognition application (Move voice model from speech engine), moving voice models to the speech recognition application (Move voice model from media), and help and exit buttons.

Referencing FIGS. 1 through 5, FIG. 1 illustrates the start up screen from voice model mobility software. The opening screen contains two buttons to control the movement of voice models between media and voice recognition systems, FIG. 2

# Catalog Explained – FIG 1

'248, FIG 1, 4:31-39, 6:43-46



**Figure 2**

FIG. **2** illustrates the user control screen of the Voice Model Mobility software used when copying a voice model from the speech engine to media (disk drive, tape drive, writable CD, network, or other transfer medium). It has for user control's including voice model selection button, destination button, and OK and cancel button.

models between media and voice recognition systems, FIG. **2** illustrates another screen of the user interface. This screen is displayed when de-installing or moving a voice model from the speech recognition program to a storage medium. The user selects the voice model to be used and the destination where the voice model will be stored. When the user selects the OK button, a software execution process begins copying the user's parameters, and other files that make up the voice model. The process creates a catalog of the voice model system environment (parameters) and packages the files into a central location with a log file, information file, and initialization file to support future movement of the specific voice model. For VMM, more specifically, the sequence of events

# Catalog Explained – FIG 2

'248, FIG 2, 4:40-45, 6:46-59

model. For VMM, more specifically, the sequence of events includes:

1. User clicks "Move voice model to Media" button.
2. A folder labeled "Users" is created on the destination media.
3. A "users.ini" file is created in the Users folder. This file is a logical translation from Username to a user file name that Dragon will open.
4. VMM then creates and writes the user specific registry information into a file called VMMinfo.txt

*7*

5. A "user" specific folder will be created in the Users folder. There are several files in the user specific folder.
6. The user as a result of the Dragon training process creates the files listed below. These files are copied to the CDWriter using the standard Dragon directory structure. Files included are:

5

audioin.dat                                          10

Current Folder containing:
 topics (configuration file)
 options (configuration file)
global.DVC
Voice folder
 DD10User.sig
 DD10User.usr                                        15
GeneralE Folder
 dd10voc1.voc
 dd10voc2.voc
 dd10voc3.voc
 dd10voc4.voc
 General.voc                                          20
Shared Folder
 archive. voc

These files and related registry parameters information make up the voice model for this example for the Dragon Professional application.                                25

# Catalog Explained

- '248, FIG 2, 6:58-7:25

# Both Sides Agree: Step One is to Record: Nuance Follows The Examiner's Determination

### *Recording means*



Voice Recognition System

Figure 11

Microphone Headset

Transcriber

The '416 patent discloses in col. 3, lines 56-61 of a handheld transcriber with internal voice dictation software eliminating the need for a two-step processes of recording the dictation notes. The examiner determines that although the patent specification discloses of "recording" with the transcriber, it is not known what means within the transcriber is used to record the user's voice model files and enrollment entries.

Dkt. 33-1, 8/75



| Claim Term (found in asserted claims) | SynKloud's Construction | Nuance's Construction |
|---|---|---|
| & 29(a)) | | |
| **"Identification means"** (Claims 9 & 16) | *Means Plus Function* <br><br> **Function**: identify the speech recognition computer program installed on a computer. <br><br> **Corresponding Structure**: Software application version check as identified in the '248 Patent Fig. 1; Col. 4, lines 31- 34; | *Means Plus Function* <br><br> **Function**: identify that speech computer recognition program installed on a computer. <br><br> Identification means is indefinite under Section 112(6) for failure to disclose corresponding structure. |



| Claim Term (found in asserted claims) | SynKloud's Construction | Nuance's Construction |
|---|---|---|
| & 29(a)) | | |
| **"Identification means"** (Claims 9 & 16) | *Means Plus Function*<br><br>**Function**: identify the speech recognition computer program installed on a computer.<br><br>**Corresponding Structure**: Software application version check as identified in the '248 Patent Fig. 1; Col. 4, lines 31- 34; | *Means Plus Function*<br><br>**Function**: identify that speech computer recognition program installed on a computer.<br><br>Identification means is indefinite under Section 112(6) for failure to disclose corresponding structure. |

Software That
Can Identify the
Speech
Recognition
Software
Program



**Figure 1**

BRIEF DESCRIPTION OF THE DRAWINGS

30

FIG. **1** is the opening screen of a software application called Voice Model Mobility. It displays the voice recognition application being used (current speech engine) and its related software version. It also has four buttons for controlling the

35   application including moving speaker voice models from the

**Corresponding Structure**:
Software application version check as identified in the '248 Patent Fig. 1; Col. 4, lines 31- 34; and SynKloud000943-44.

Software That Can Identify the Speech Recognition Software <u>Program</u>

SynKloud's Cited Passage Does Not Disclose A Corresponding Structure (Algorithm)

## Software That Can Identify the Speech Recognition Software Program

```
}

//
// Function:  Get_Dragon_Users
//            This routine will check to make sure Dragon Professional
//            is installed on this PC.  If it is then it builds a list of
//            known users in drinfo.  The user list is generated from
//            the system registry under Dragon.
// Return Value:
//            0 - If Dragon was found
//            >0 - If Dragon was not found
//
```

| **Corresponding Structure**: | I |
| Software application version | u |
| check as identified in the '248 | t |
| Patent Fig. 1; Col. 4, lines 31- 34; | s |
| and SynKloud000943-44. | |



| Claim Term | SynKloud | Nuance | |
|---|---|---|---|
| and SynKloud069 is 41. | | | |
| **"enroll," "enrolled"** (Claims 8(pre), 10, 15(pre), 17, 24(a)(i), (b)(ii), 26, 29(pre)[d][1], 31(b), 34(b), 36, & 51(pre)[f]) | Register; create a user's voice model | Train/trained<br><br>Train (trained) a speech recognition system with the user's voice patterns | |

| | | |
|---|---|---|
| | and SynKloud000945-44. | |
| **"enroll," "enrolled"** (Claims 8(pre), 10, 15(pre), 17, 24(a)(i), (b)(ii), 26, 29(pre)[1][1], 31(b), 34(b), 36, & 51(pre)[f]) | Register; create a user's voice model | Train/trained Train (trained) a speech recognition system with the user's voice patterns |

| Claim Term (found in asserted claims) | SynKloud's Construction |
|---|---|
| **"enrollment entries"** (Claims 8(a)-(c), 15(a)-(c), 24(a)-(b), 29(a)-(c) & 34(a)-(b)) | Data collection created by speech recognition software from user input |

There is a presumption that claim terms should be given the same construction across the claims.

*Omega Eng'g, Inc., v. Raytek Corp.*, 334 F.3d 1314, 1334 (Fed.Cir.2003) ("[W]e presume, unless otherwise compelled, that the same claim term in the same patent or related patents carries the same construed meaning.")

42

# Nuance's Attempted Reconciliation

8. A computer software application that functions upon a first computer that uses a speech recognition computer program, into which program a first user **is enrolled [has trained]** and which program has produced a first user's user voice model files and a first user's **enrollment entries [training entries]**, said application comprising:

    a. a recording means adapted to record the first user's voice model files and **enrollment entries [training entries]**, stored on the first computer, and store the first user's **enrollment entries [training entries]** in recoverable form as the first user's voice model files and **enrollment entries [training entries]**,

    b. a transfer means adapted to move the first user's user voice model files and the first user's stored **enrollment entries [training entries]** to a second computer having a speech recognition computer program installed on it, and

    c. an **enrollment means adapted to enroll [indefinite]** the first user on said second computer, using the first user's stored **enrollment entries [training entries]** and the first user's user voice model files transferred from the first computer.



| Claim Term | SynKloud | Nuance |
|---|---|---|
| **"identify users [that are/previously have been] enrolled"** (Claims 10, 17, 26, & 36) | Determine if a selected user is registered | Distinguish between which users have been enrolled and which have not |

# SynKloud Continues to Change its Proposed Constructions (JCCS v. OCCB)

| | | |
|---|---|---|
| **"identify users [that are/previously have been] enrolled"** (Claims 10, 17, 26, & 36) | Determine if a selected user is registered | Distinguish between which users have been enrolled and which have not |

| Claims | SynKloud Construction | Nuance Construction |
|---|---|---|
| Claims 10, 17, 26 & 36 | Indicate[13] if a selected user is registered | Distinguish between which users have been enrolled and which have not |

| Claim | |
|---|---|
| identify users that are enrolled in the speech recognition computer program installed on a computer. | Note: The Dragon V.15 speech recognition software provides users two user profile options, 1) **an Open User Profile** control and 2) a **Manage User's** Profile.  These two options include a software execution process to provide methods to identify users that have previously been enrolled. As shown in the example below, there is multiple users enrolled, two users enrolled previously from the last user enrollment. |



## SynKloud's Proposed Construction Reads Out the "Identify User's Previously Enrolled (Trained)" Limitation

SynKloud v. Nuance, No. 1:20-cv-10564



| Claim Term (found in asserted claims) | SynKloud's Construction | Nuance's Construction |
|---|---|---|
| **"user's Voice Model" or "voice model"** (Claims 29(b)-(c) & 51(a)) | User's voice model files and enrollment entries | Voice Model = a signal, information, or electronic data file that is information and/or parameters that represent a person's voice or a noise.<br><br>voice model (small caps) = indefinite |

# Voice Model (Upper Case) is Expressly Defined

the entire recorded voice was dumped and translated into text.

The voice recognition dictation systems require the train-
ing sessions to enable the system to identify the words of a
45 person is speaking. The process of training a voice recogni-
tion system creates speaker voice files or a "Voice Model". A
"Voice Model" is defined here as a signal, information, or
electronic data file that is information and/or parameters that
representation of a person's voice or a noise. A Voice Model
50 contains attributes that characterize specific speaking items
such as formants, phonemes, speaking rate, pause length,
acoustic models, unique vocabulary's, etc. for a given user.

2:45-49

# Voice Model (Upper Case) is Expressly Defined & Claimed

The voice recognition dictation systems require the training sessions to enable the system to identify the words of a person is speaking. The process of training a voice recognition system creates speaker voice files or a "Voice Model". A "Voice Model" is defined here as a signal, information, or electronic data file that is information and/or parameters that representation of a person's voice or a noise. A Voice Model contains attributes that characterize specific speaking items such as formants, phonemes, speaking rate, pause length, acoustic models, unique vocabulary's, etc. for a given user.

**8.** A computer software application that first computer that uses a speech recognition gram, into which program a first user is en program has produced a first user's user voice a first user's enrollment entries, said applica

a. a recording means adapted to record the model files and enrollment entries, s computer, and store the first user's en recoverable form as the first user's voice enrollment entries,

b. a transfer means adapted to move the voice model files and the first user's stored enrollment entries to a second computer having a speech recognition computer program installed on it, and

c. an enrollment means adapted to enroll the first user on said second computer, using the first user's stored enrollment entries and the first user's user voice model files transferred from the first computer.

**9.** A software application as recited in claim **8** that includes an identification means that can identify that speech computer recognition program installed on a computer.

**10.** A software application as recited in claim **8** that can identify users that are enrolled in the speech recognition computer program installed on a computer.

**11.** A software application as recited in claim **8** that can copy speech recognition training files, system registry parameters, vocabularies, and macros, and package them as a "Voice Model" separately from the speech recognition program.

computer program installed on a computer.

**11.** A software application as recited in claim **8** that can copy speech recognition training files, system registry parameters, vocabularies, and macros, and package them as a "Voice Model" separately from the speech recognition program.

**12.** A software application as recited in claim **8** that can

2:45-49

# What Are The voice model files (Lower Case)?

applications. It was determined that a better way to use mul-
tiple machines was to separate the files and parameters that
characterize the user, package the files and parameters as a
voice model and move them to a medium for transfer and
installation into another separate system. Voice models and a

"files" + parameters = voice model (lower case),
5:56-60

"files" + training files + parameters = voice model
(lower case), 7:3-25



# voice model (lower case) is Expressly Claimed

program on the said another computer.

**15**. A computer software application that functions upon a    55
first computer that uses a speech recognition computer pro-
gram, into which program a first user is enrolled and which
program has produced a first user's user voice model files and
a first user's enrollment entries, said application comprising:

    a. a recording means adapted to record the first user's voice    60
       models and enrollment entries, stored on the first com-
       puter, and store the first user's enrollment entries in
       recoverable form as the first user's stored voice model
       and enrollment entries,

    b. a transfer means adapted to move the first user's user    65

2:45-49

# Is the voice model (lower case) Different for Every Program?

applications. It was determined that a better way to use mul-
tiple machines was to separate the files and parameters that
characterize the user, package the files and parameters as a
voice model and move them to a medium for transfer and
installation into another separate system. Voice models and a

"files" + parameters = voice model (lower case), 5:56-60

"files" + training files + parameters = voice model (lower case), 7:3-25





Processor Adapted To, Claims 24-26



Processor Adapted To =
Means-Plus-Function

the user.

24. *A system for enrolling users in a speech recognition computer program to increase the accuracy of the program, the system comprising:*

 *a. a source computer comprising:*

  *i. memory including a source installation of a speech recognition computer program into which a user is enrolled and which has generated and stored voice model files and enrollment entries associated with the user;*

  *ii.* **a processor adapted to:**

   *record the user's voice model files and enrollment entries, stored on the source computer,*

   *store the user's enrollment entries in recoverable form as the user's voice model files and enrollment entries, and*

   *transfer the user's voice model files and the user's enrollment entries to a second computer having a speech recognition computer program installed on it, and*

 *b. a second computer comprising:*

  *i. a memory including a second installation of the speech recognition computer program; and*

  *ii. a processor adapted to enroll the user in the speech recognition computer program on said second computer, using the user's voice model files and stored enrollment entries that were transferred from the source computer,*

5

10

15

20

25

30

18. A system comprising:

a reader adapted to read a machine readable identifier; and

a processor adapted to:

determine, from the machine readable identifier, a first object descriptor associated with an object, the first object descriptor specifying one or more features of content within the object;

determine a set of one or more objects from digital media content;

generate an object descriptor for each object in the set of objects, each object descriptor specifying one or more features of content within an object from the set;

identify at least one object descriptor from the object descriptors determined for the set of objects that matches the first object descriptor determined from the machine readable identifier; and

perform an action in response to identifying the at least one object descriptor that matches the first object descriptor.

*Ex Parte Erol* v. Asserted Claim Nos. 24-26

user;

ii. *a processor adapted to:*

*record the user's voice model files and enrollment entries, stored on the source computer,*

*store the user's enrollment entries in recoverable form as the user's voice model files and enrollment entries, and*

*transfer the user's voice model files and the user's enrollment entries to a second computer having a speech recognition computer program installed on it, and*

second computer.

the set.

24. A system for enrolling users in a speech recognition computer program to increase the accuracy of the program, the system comprising:

25. A system as recited in claim 24, wherein the processor of the second computer is *adapted to identify the speech recognition program* that was on the source computer.

26. A system as recited in claim 24, wherein the processor of the second computer is adapted to *identify the users* that have previously been enrolled.



*Ex Parte Erol,* Dkt. No. 33-1, at 56.

18. A system comprising:

a reader adapted to read a machine readable identifier; and

a processor adapted to:

determine, from the machine readable identifier, a first object descriptor associated with an object, the first object descriptor specifying one or more features of content within the object;

determine a set of one or more objects from digital media content;

generate an object descriptor for each object in the set of objects, each object descriptor specifying one or more features of content within an object from the set;

identify at least one object descriptor from the object descriptors determined for the set of objects that matches the first object descriptor determined from the machine readable identifier; and

perform an action in response to identifying the at least one object descriptor that matches the first object descriptor.

Pursuant to our authority under *37 C.F.R. § 41.50(b)*, we newly reject independent claim 18 under *35 U.S.C. § 112*, second paragraph, for indefiniteness. Specifically, we construe processor in "a processor adapted to" as a nonce word invoking § 112, sixth paragraph, and find that the Specification does not disclose sufficient structure, in the form of a general purpose processor **[*12]** and an algorithm, corresponding to "perform an action in response to identifying the at least one object descriptor that matches the first object descriptor, " as required by *Aristocrat Techs. Australia Pty Ltd. v. Int'l Game Tech., 521 F.3d 1328, 1333 (Fed. Cir. 2008)*.



*Ex Parte Erol,* Dkt. No. 33-1, at 58.

We begin with a dictionary definition of a "processor, " which would be recognized, by a skilled artisan in computer programming, as a computer, a central processing unit, **[*20]** or a program that translates another program into a form acceptable by the computer being used. [3] *See Lighting World, 382 F.3d at 1360-61* (consulting dictionaries to determine whether a claim term has a generally understood meaning that denotes structure). This comports well with references to "processor" in the Specification, which in the aggregate, amounts to "software, or hardware, or combinations thereof" that execute "software modules or instructions" (FF5-FF7). *CCS Fitness, 288 F.3d at 1366* (claim terms are properly construed to include limitations not otherwise inherent in the term when the Specification "clearly set[s] forth a definition of the disputed claim term"). Given this dictionary definition and complementary examples in the Specification, we find that the "processor" recited in claim 18 is a non-structural term that would not be recognized by a skilled artisan as the name of a sufficiently definite structure for implementing the "perform" function recited above. As such, the term "processor" at least initially appears to be merely a substitute for the term "means for" associated with recited functional **[*21]** language.

that can be achieved by any general purpose  computer without special programming do not require disclosure of more structure than the general purpose  processor  that performs those functions). If the functions performed by the processor  are not typical functions found in a processor,  we look to see whether the claim recites  sufficient, structure, material, or acts for achieving the specified function. If so, § 112, sixth paragraph should not be **[*22]** applied. Also weighing against invoking § 112, sixth paragraph would be when the term processor  includes a structural modifier, such as a "height-adjustment" processor.  To that end, we find that none of the above factors apply to the "processor"  recited  in claim 18. A commercially, available off-the-shelf processor  would not be able to



*Ex Parte Erol,*
Dkt. No. 33-1, at 58.

Given that "a processor adapted to" recited in independent claim 18 invokes § 112, sixth paragraph, the structure in the Specification corresponding to a _35 U.S.C. § 112_, sixth paragraph, claim limitation for a processor-implemented function must include an algorithm, for performing the recited function, that transforms the general purpose processor to a special purpose processor programmed to perform the disclosed algorithm. _Aristocrat, 521 F.3d at 1333, 1338_. The Specification must disclose an algorithm that addresses each functional limitation. _Default Proof Credit Card Sys., Inc. v. Home Depot U.S.C., Inc., 412 F.3d 1291, 1298 (Fed. Cir. 2005)_ ("[w]hile corresponding structure need not include all things necessary to enable the claimed invention to work, it must include all structure that actually performs the recited function." (_citing Cardiac Pacemakers, Inc. v. St. Jude Med., Inc., 296 F.3d 1106, 1119 (Fed. Cir. 2002)))_. Accordingly, the Specification must disclose a sufficient algorithm for all recited functional claim limitations, including "perform **[*26]** an action in response to identifying the at least one object descriptor that matches the first object descriptor, " as recited in independent claim 18.



_Ex Parte Erol,_
Dkt. No. 33-1, at 59.



"The problem in this case is that the specification of the ['248] patent does not teach what is claimed, whereas the claims of the patent do not claim what is taught."  (Majority)

"Such an interpretation can hardly be said to reflect what the applicant regarded as his invention. On the other hand, to construe the claim to cover what the applicant seems to have intended . . . would require that we rewrite the claim. That we are not permitted to do.  We are simply tasked with determining whether the claims "particularly point[ ] out and distinctly claim[ ]" what the inventor regards as his invention."

*Energizer Holdings, Inc. v. ITC*, 275 F. App'x 969, 978-80 (Fed. Cir. 2008) (Linn Concurrence; Collecting Cases, citing Section 112(2)).



Backup Slides

SynKloud v. Nuance, No. 1:20-cv-10564          61

# The Problem to be Solved

microphone they are speaking into.

Therefore it is generally accepted that upfront training to gain an acceptable level of accuracy and system responsiveness requires time and effort as the system learns a specific user. This investment of time and effort is a per machine cost adding to machine dependency. Training a voice recognition system will result in a specific system voice to text translation accuracy in a given time indicating system responsiveness/ performance. When trying to determine and obtain the highest level of system accuracy and performance, one can spend much effort, time, and money trying to determine the best options, (performance and accuracy versus components, effort, and cost). This has led to frustration and funds wasted with the result being that the speech recognition system is left sitting on the shelf or discarded.

Many professional people use more than 1 computer to accomplish their daily task. When more than 1 computer is used for voice recognition, accuracy and performance may not be consistent due to different levels of training accomplished for each system. This was discovered through experimentation with voice recognition packages and was verified in talking with doctors, lawyers, and other professionals that use speech recognition. These users described accuracy for example, at an estimated 94 percent but all claimed that they didn't know accurately what the accuracy was. Other statements made included how accuracy would vary when using an assortment of machines for voice dictation.

**\* VF10. How can I transfer voice files between different machines?**

_B. UNZIPPING VOICE FILES ON THE NEW MACHINE_

Note: To update an existing set of voice files on the new machine WITH EXACTLY THE SAME NAME as the voice files on the old machine, skip step 1 and proceed directly to step 2.

1) On the "new" computer, create a user with an identical username.
Click on Voice Menu | Users | Create User and type in the same username used on the machine the voice files were copied from. Skip the Quick Training and the tutorial.

Dragon FAQ 1998
https://web.archive.org/web/19980625204925fw_/http://www.dragonsys.com/techsupport/faq/vocfiles.html#VF10,
Dkt. No. 11-2

occurred often. Problems encountered prior to successful file copies included; user voice files contamination, the system hanging when trying to open a specific user, or the Dragon application no longer finding the user for opening. Although this approach sometimes yielded success it was discovered that the user would have to be created first, and then the files could be copied. This was due to registry entries not being setup as part of the copy process. A Visual Basic prototype was coded using this method for user interface experimentation. The third effort included investigation of the system registry to determine if Dragon was setting any parameters using the registry. This was found to be true and solved the final problems. The current version of VMM is coded in the C programming language.

"Catalog" Explained, 6:26-34

# Registry Explained

The registry is a hierarchical database that contains data that is critical for the operation of Windows and the applications and services that run on Windows. The data is structured in a tree format. Each node in the tree is called a *key*. Each key can contain both *subkeys* and data entries called *values*. Sometimes, the presence of a key is all the data that an application requires; other times, an application opens a key and uses the values associated with the key. A key can have any number of values, and the values can be in any form. For more information, see Registry Value Types and Registry Element Size Limits.

Each key has a name consisting of one or more printable characters. Key names are not case sensitive. Key names cannot include the backslash character (), but any other printable character can be used. Value names and data can include the backslash character.

The name of each subkey is unique with respect to the key that is immediately above it in the hierarchy. Key names are not localized into other languages, although values may be.

The following illustration is an example registry key structure as displayed by the Registry Editor.

