UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>NUANCE COMMUNICATIONS, INC.<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-10564-PBS<br><br>NOTICE OF CITED AUTHORITY |

### NOTICE OF CITED AUTHORITY

This evening Plaintiff SynKloud Technologies filed its *Markman* presentation, Dkt. No. 40. In its presentation, SynKloud cites *Ex Parte Cutlip* for the following proposition:

> - PTAB decisions cited by Nuance contradicted by subsequent PTAB rulings
> - *Ex Parte Cutlip* (Appeal 2011-0011658, US app. s/n 11/345,010) (2014)
>   - PTAB Panel stated that "the claimed processor and memory very clearly refer to structural elements which Appellants' Specification discloses are used to implement the functionality recited.."

(Dkt. No. 40, at 15.)

Nuance respectfully provides a copy of *Ex Parte Cutlip* as Exhibit A hereto, with the language provided by SynKloud highlighted for the Court's convenience. *Cutlip* has not been previously cited or provided by the Parties.

Respectfully submitted,

*Rachael D. Lamkin*
Rachael D. Lamkin
Rachael D. Lamkin (Cal. Bar #246066)
(admitted *pro hac vice* on 6/18/20)
Lamkin IP Defense
655 Montgomery St., 7th Floor
San Francisco, CA 94111
916.747.6091
RDL@LamkinIPDefense.com

/s/ Briana R. Cummings
Briana R. Cummings (BBO #692750)
Branch Legal LLC
31 Church St., Suite 3
Winchester, MA 01890
781.325.8060
781.240.6486 (fax)
briana@branchlegal.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2021, a true and accurate copy of the above and foregoing:

**NOTICE OF CITED AUTHORITY**

Was filed with the Court's CM/ECF system, which provides service to all counsel of record.

*Rachael D. Lamkin*
Rachael D. Lamkin

Notice

2