UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NUANCE COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 1:20-cv-10564<br><br>JURY TRIAL DEMANDED |

**JOINT LETTER REGARDING ADR**

Plaintiff and counter-defendant SynKloud Technologies, LLC and Defendant and counterclaimant Nuance Communications, Inc. hereby submit this Joint Letter to the Court pursuant to the Court's Order of July 22, 2020 (ECF No. 17).  The parties jointly request referral as soon as possible to mediation through the Court's mediation alternative dispute resolution program.

The parties have agreed upon the following mediators in an effort to expedite the scheduling of mediation:  Magistrate Judges Judith G. Dein, David H. Hennessy, and Marianne B. Bowler.

Dated: June 3, 2021

| | |
|---|---|
| Respectfully Submitted by:<br><br>LAMKIN IP DEFENSE<br><br>*/s/ Rachael Lamkin*<br>Rachael D. Lamkin (Cal. Bar #246066)<br>(admitted *pro hac vice* on 6/18/20)<br>655 Montgomery St., 7th Floor<br>San Francisco, CA 94111<br>916.747.6091<br>RDL@LamkinIPDefense.com<br><br>Briana R. Cummings (BBO #692750)<br>Branch Legal LLC<br>31 Church St., Suite 3<br>Winchester, MA 01890<br>781.325.8060<br>781.240.6486 (fax)<br>briana@branchlegal.com<br><br>**Attorneys for Defendant**<br>**Nuance Communications, Inc.** | HARBOR LAW GROUP<br><br>/s/ Catherine Rajwani<br>Catherine I. Rajwani, Esq. (BBO# 674443)<br>Herling Romero, Esq. (BBO# 703870)<br>300 West Main Street, Building A, Unit 1<br>Northborough, MA 01532<br>Phone: (508) 393-9244<br>Fax: (508) 393-9245<br>Email:  crajwani@harborlaw.com<br>Email:  hromero@harborlaw.com<br><br>**Attorneys for Plaintiff**<br>**SynKloud Technologies, LLC** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing letter with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated:  June 3, 2021                              */s/Catherine I. Rajwani*
                                                                Catherine I. Rajwani