UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

SYNKLOUD TECHNOLOGIES, LLC,

Plaintiff,

v.

NUANCE COMMUNICATIONS, INC.,

Defendant.

Civil Action No. 1:20-cv-10564

JURY TRIAL DEMANDED

*Handwritten margin notes:* I will treat this as a motion for reconsideration. Response shall confer. If this is not resolved, Nuance shall respond within 14 days. Paul B S. 1/24/22

**PLAINTIFF SYNKLOUD TECHNOLOGIES, LLC'S
PARTIAL OPPOSITION TO DEFENDANT
NUANCE COMMUNICATIONS, INC.'S MOTION FOR ADMISSION *PRO HAC VICE***

Plaintiff and Counter-Defendant SynKloud Technologies, LLC ("SynKloud" or "Plaintiff"), by its counsel, hereby submits its partial Opposition to Defendant and Counterclaimant Nuance Communications, Inc.'s ("Nuance" or "Defendant") Motion for Admission *Pro Hac Vice* (ECF No. 81) ("Defendant's Motion" or the "Motion"). Nuance failed to confer its Motion as required under Local Rule 7.1(a)(2) prior to filing, thus SynKloud was unable to raise these concerns prior to the improper filing of the Motion. SynKloud's opposition is narrowly limited to allowing Mr. Greenbaum to serve as trial counsel because Mr. Greenbaum has already provided testimony on topics such as Nuance's pre-litigation knowledge of the Asserted Patent.

## I.      Argument

Under District of Massachusetts Local Rule 7.1(a)(2), "[n]o motion shall be filed unless counsel certify that they have conferred and have attempted in good faith to resolve or narrow the