UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>NUANCE COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 1:20-cv-10564-PBS |

**STIPULATION AND WITHDRAWAL WITH PREJUDICE**
OF SYNKLOUD'S MOTION FOR RECONSIDERATION
OF DAVID GREENBAUM'S ADMISSION *PRO HAC VICE*

IT IS HEREBY STIPULATED by Plaintiff SynKloud Technologies, Inc., and Defendant Nuance Communications, Inc., as follows.

Nuance filed a motion for admission *pro hac vice* of its in-house counsel, David Greenbaum, (Dkt. No. 81); SynKloud opposed this motion in part, in a post-granting filing, (Dkt. No. 84); the Court construed SynKloud's opposition as a motion for reconsideration and ordered the parties to confer the motion. (Dkt. No. 85).

The parties conferred the motion on February 1, 2022, and agreed to the following:

(1) Mr. Greenbaum will not give opening or closing statements or question/cross-examine witnesses at any jury trial in this matter;

1

(2) Mr. Greenbaum will introduce himself to any jury in this matter by his title at Nuance (VP of Litigation and Intellectual Property), and not as counsel for Nuance in the instant litigation; and

(3) SynKloud will withdraw its opposition (Dkt. No. 84) with prejudice to any further efforts to oppose Mr. Greenbaum's admission *pro hac vice* or to disqualify him in this matter.

IT IS SO STIPULATED.

Dated: February 4, 2022

_[signature]_

Catherine I. Rajwani, Esq. (BBO# 674443)
Herling Romero, Esq. (BBO# 703870)
**Harbor Law Group**
300 West Main St., Building A, Unit 1
Northborough, MA 01532
(508) 393-9244
(508) 393-9245 (fax)
crajwani@harborlaw.com
hromero@harborlaw.com

**Counsel for Plaintiff
SynKloud Technologies, Inc.**

_[signature: Briana Cummings]_

Briana R. Cummings (BBO# 692750)
**Branch Legal LLC**
31 Church St., Suite 3
Winchester, MA 01890
(781) 325-8060
briana@branchlegal.com

Rachael D. Lamkin (Cal. Bar #246066)
(admitted *pro hac vice* on 6/18/20)
**Lamkin IP Defense**
One Harbor Drive, Suite 300
Sausalito, CA 94965
(916) 747-6091
RDL@LamkinIPDefense.com

David Greenbaum
**Nuance Communications, Inc.**
1111 Macarthur Blvd.
Mahwah, NJ 07430
(201) 252-9100
david.greenbaum@nuance.com

**Counsel for Defendant
Nuance Communications, Inc.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/7/22

The Honorable Patti B. Saris
United States District Court
District of Massachusetts