IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **SYNKLOUD TECHNOLOGIES, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**NUANCE COMMUNICATIONS, INC.**<br><br>Defendant. | Case No. 1:20-cv-10564-PBS<br><br>**JOINT MOTION TO CONTINUE THE APRIL 22, 2022 SUMMARY JUDGMENT HEARING BY ONE WEEK, OR AS CONVENIENT FOR THE COURT** |

**JOINT MOTION TO CONTINUE THE APRIL 22, 2022 SUMMARY JUDGMENT HEARING BY ONE WEEK, OR AS CONVENIENT FOR THE COURT**

By and through their undersigned counsel, the Parties jointly move to extend the currently scheduled summary judgment hearing date by one week, or as convenient for the Court.

WHEREAS on February 8, 2022, this Court set a hearing date for the Parties' summary judgment motions for April 22, 2022, at 9:30 am EST.

WHEREAS Nuance's lead counsel is also lead counsel for Garmin in Case No. 4:17-cv-05934 before the Honorable Yvonne Gonzalez Rogers.

WHEREAS on Friday March 11, 2022, Judge Gonzalez Rogers set a hearing for the summary judgment motions in that matter for April 22, 2022, the same date as the summary judgment hearing

in this matter.

WHEREAS counsel for Nuance/Garmin is not able to move the hearing in Case No. 4:17-cv-05934 because of the number of defendants in that case (Garmin, Nike, Fitbit, Under Armour, Adidas, Fossil, Moov) and because the case is set for trial in May 2022.

WHEREAS this case does not yet have a trial date.

WHEREAS counsel for Plaintiff SynKloud has agreed to join a motion to continue the hearing date in this matter by one week, or by any time desired by the Court.

WHEREAS the undersigned counsel for Nuance provided a copy of this Motion to counsel for SynKloud, who approved its filing.

THEREFORE, the Parties respectfully ask this Honorable Court to continue the currently schedule hearing date from April 22, 2022 to April 29, 2022, or any date that is convenience for the Court.

Respectfully submitted,

*Rachael D. Lamkin*
Rachael D. Lamkin (pro hac granted)
LAMKIN IP DEFENSE
One Harbor Drive, Suite 300
Sausalito, CA 94965
RDL@LamkinIPDefense.com
916.747.6091


/s/ Briana R. Cummings_____
Briana R. Cummings (BBO #692750)
Branch Legal LLC
31 Church St., Suite 3
Winchester, MA 01890
781.325.8060
781.240.6486 (fax)
briana@branchlegal.com

David Greenbaum (pro hac forthcoming)
NUANCE COMMUNICATIONS, INC.
1111 Macarthur Blvd.
Mahwah, NJ 07430
Tel: (201) 252-9100

*Attorneys for Defendant Nuance Communications Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2022, a true and accurate copy of the above and foregoing:

**JOINT MOTION TO CONTINUE THE APRIL 22, 2022 SUMMARY JUDGMENT HEARING BY ONE WEEK, OR AS CONVENIENT FOR THE COURT**

Was filed with the Court's CM/ECF system, which provides service to all counsel of record.

*Rachael D. Lamkin*
Rachael Lamkin