UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, INC. <br><br> Plaintiff, <br><br> v. <br><br> NUANCE COMMUNICATIONS, INC., <br><br> Defendant. | Civil Action No. 1:20-cv-10564-PBS |

**DEFENDANT NUANCE COMMUNICATION'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), Nuance Communications hereby discloses that 100% of its stock is now owned by Microsoft Corporation, a publicly held corporation.

Dated:  March 22, 2022

                                            Respectfully submitted,
                                            NUANCE COMMUNICATIONS, INC.,
                                            By its attorneys,

                                            */s/ Briana R. Cummings*_____
                                            Briana R. Cummings (BBO #692750)
                                            Branch Legal LLC
                                            31 Church St., Suite 3
                                            Winchester, MA 01890
                                            781.325.8060
                                            briana@branchlegal.com

>*/s/ Rachael D. Lamkin*
>Rachael D. Lamkin (Cal. Bar #246066)
>(admitted *pro hac vice* on 6/18/20)
>Lamkin IP Defense
>655 Montgomery St., 7th Floor
>San Francisco, CA 94111
>916.747.6091
>RDL@LamkinIPDefense.com
>
>*/s/ David Greenbaum*
>David Greenbaum (N.Y. Bar #2947455)
>(admitted *pro hac vice* on 2/7/22)
>Nuance Communications, Inc.
>1111 MacArthur Blvd.
>Mahwah, NJ 07430
>201.252.9100
>david.greenbaum@nuance.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2022, I served a copy of the within disclosure electronically on all registered participants in this case via the Court's ECF filing system.

>*/s/ Briana R. Cummings*
>Briana R. Cummings