3/22/22 allowed - Paus Saw

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>NUANCE COMMUNICATIONS, INC.<br><br>Defendant. | Case No. 1:20-cv-10564-PBS<br><br>**JOINT MOTION TO CONTINUE THE APRIL 22, 2022 SUMMARY JUDGMENT HEARING BY ONE WEEK, OR AS CONVENIENT FOR THE COURT** |

**JOINT MOTION TO CONTINUE THE APRIL 22, 2022 SUMMARY JUDGMENT HEARING BY ONE WEEK, OR AS CONVENIENT FOR THE COURT**

By and through their undersigned counsel, the Parties jointly move to extend the currently scheduled summary judgment hearing date by one week, or as convenient for the Court.

WHEREAS on February 8, 2022, this Court set a hearing date for the Parties' summary judgment motions for April 22, 2022, at 9:30 am EST.

WHEREAS Nuance's lead counsel is also lead counsel for Garmin in Case No. 4:17-cv-05934 before the Honorable Yvonne Gonzalez Rogers.

WHEREAS on Friday March 11, 2022, Judge Gonzalez Rogers set a hearing for the summary judgment motions in that matter for April 22, 2022, the same date as the summary judgment hearing