*3/30/22 Denied. I do not award expert fees. Paul B Saris*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, INC. <br><br> Plaintiff, <br><br> v. <br><br> NUANCE COMMUNICATIONS, INC., <br><br> Defendant. | Civil Action No. <br> 1:20-cv-10564-PBS |

DEFENDANT NUANCE'S
MOTION FOR CLARIFICATION
OF THE COURT'S ORDER GRANTING
LEAVE TO FILE REVISED EXPERT REPORT (DKT. NO. 84)

Defendant Nuance Communications respectfully requests clarification of the Court's order, dated January 20, 2022, ordering SynKloud to pay Nuance attorney fees related to the Court's allowing SynKloud to serve a small portion of the revised expert damages report SynKloud had sought leave to serve. Dkt. No. 83. As grounds, Nuance states:

SynKloud moved for leave to serve this revised expert report on January 4, on the stated ground that it wanted to correct the original report's mistaken inclusion of the accused products' custom word list feature. Dkt. No. 79. Nuance opposed. Dkt. No. 80.

In its motion, SynKloud said it would limit the prejudice to Nuance by offering "to cover costs related to the additional deposition[.]" Dkt. No. 79 at 5. SynKloud understood the scope of

1