UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NUANCE COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 1:20-cv-10564<br><br>JURY TRIAL DEMANDED |

**JOINT LETTER REGARDING ADR**

Plaintiff and counter-defendant SynKloud Technologies, LLC and Defendant and counterclaimant Nuance Communications, Inc. hereby submit this Joint Letter to the Court pursuant to the Court's Order of June 1, 2022 (ECF No. 124). The parties have conferred and decided not to seek further mediation in this matter.

Dated: June 7, 2022

Respectfully Submitted by:

LAMKIN IP DEFENSE

*/s/ Rachael Lamkin*
Rachael D. Lamkin (Cal. Bar #246066)
(admitted *pro hac vice* on 6/18/20)
655 Montgomery St., 7th Floor
San Francisco, CA 94111
916.747.6091
RDL@LamkinIPDefense.com

Briana R. Cummings (BBO #692750)
Branch Legal LLC
31 Church St., Suite 3
Winchester, MA 01890

HARBOR LAW GROUP

*/s/ Catherine Rajwani*
Catherine I. Rajwani, Esq. (BBO# 674443)
Herling Romero, Esq. (BBO# 703870)
96 West Main Street Suite C
Northborough, MA 01532
Phone: (508) 393-9244
Fax: (508) 393-9245
Email: crajwani@harborlaw.com
Email: hromero@harborlaw.com

781.325.8060  **Attorneys for Plaintiff**
781.240.6486 (fax)  **SynKloud Technologies, LLC**
briana@branchlegal.com

**Attorneys for Defendant**
**Nuance Communications, Inc.**

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, I electronically filed the foregoing letter with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated:  June 7, 2022                      */s/Catherine I. Rajwani*
                                                       Catherine I. Rajwani