IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **SYNKLOUD TECHNOLOGIES, LLC**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**NUANCE COMMUNICATIONS, INC.**<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-10564-PBS |

**MOTION TO MODIFY SCHEDULE**

　　Plaintiff SynKloud Technologies, LLC hereby files this Motion to modify the deadlines set forth in the Court's scheduling order (ECF No. 75). The Court ruled on the Parties' summary judgment motions on August 17, 2022 (ECF No. 126) and August 18, 2022 (ECF No. 127). Therefore, under the Court's scheduling order, the Parties' joint pretrial memorandum is due on October 3, 2022.

　　On September 13, 2022, SynKloud filed a motion for reconsideration (ECF No. 129) ("Motion"), requesting that the Court strike two sentences in its claim construction memorandum (ECF No. 46) and reconsider its partial summary judgment order (ECF No. 126). SynKloud requests that the Court extend the current pretrial deadlines until after the Court rules on SynKloud's Motion. Should the Court allow SynKloud's Motion, the Parties' pretrial materials will include claims 29, 34 and 51. SynKloud believes the Court should grant the relief requested in its Motion and therefore respectfully requests that the Court modify the dates in the scheduling order as follows:

1

| Event | Current Date | Proposed Date |
|---|---|---|
| Joint Pretrial Memorandum | October 3, 2022 (45 days after order on summary judgment motions) | 45 days after order on motion for reconsideration |
| Final Pretrial Conference | October 17, 2022 (60 days after order on summary judgment motions) | 60 days after order on motion for Reconsideration |
| Trial Brief | November 16, 2022 (within 90 days of order on summary judgment motions, or as the Court determines) | 90 days after order on motion for reconsideration |
| Trial | Within 120 days of order on summary judgment motions or as the Court determines | As the Court determines |

Dated:  September 15, 2022

Respectfully Submitted by SYNKLOUD TECHNOLOGIES, LLC,

By and through its attorneys,

/s/ *Catherine Rajwani*
Catherine I. Rajwani, Esq. (BBO# 674443)
The Harbor Law Group
96 West Main Street, Suite C
Northborough, MA 01532
Phone: (508) 393-9244
Fax: (508) 393-9245
Email: crajwani@harborlaw.com

**CERTIFICATE OF CONFERENCE**

Counsel for SynKloud Technologies, LLC conferred with counsel for Nuance Communications, Inc. concerning the substance of this motion.  Counsel for Nuance Communications, Inc. indicated that her client opposes the relief sought.

Dated:  September 15, 2022

/s/ *Catherine Rajwani*
Catherine Rajwani

**CERTIFICATE OF SERVICE**

    I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated:  September 15, 2022             */s/ Catherine Rajwani*
                                                              Catherine Rajwani