UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NUANCE COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 1:20-cv-10564<br><br>JURY TRIAL DEMANDED |

**STIPULATION REGARDING CLAIMS 51, 30, 31, AND 34-36**

Plaintiff SynKloud Technologies, LLC ("SynKloud") and Defendant Nuance Communications, Inc. ("Nuance") hereby agree to the following:

Should the Court deny SynKloud's Motion for Reconsideration (ECF No. 129), (i) SynKloud agrees to withdraw without prejudice its assertions of patent infringement of claim 51 of U.S. Patent No. RE 44,248 against Nuance; (ii) Nuance agrees to withdraw without prejudice any counterclaims pertaining to SynKloud's assertion of claim 34-36 and 51 of U.S. Patent No. RE 44,248 against Nuance; (iii) SynKloud agrees that the Court's Order (ECF No. 126) pertaining to claim 29 also applies to claims 30 and 31; and (iv) Nuance agrees to withdraw its pending Daubert motion (ECF No. 112) without prejudice to reasserting the motion should the Court grant SynKloud's Motion for Reconsideration or upon remand from appeal. Pursuant to Order No. 83, SynKloud will pay Lamkin IP Defense $12,000 by October 17, 2022.

The Parties agree that this Stipulation would resolve all open issues between the Parties. The Parties will file a proposed final order memorializing the above should the Court deny SynKloud's Motion for Reconsideration.

Dated October 3, 2022

LAMKIN IP DEFENSE

/s/ Rachael Lamkin
Rachael D. Lamkin (Cal. Bar #246066)
(admitted *pro hac vice* on 6/18/20)
655 Montgomery St., 7th Floor
San Francisco, CA 94111
916.747.6091
RDL@LamkinIPDefense.com


Briana R. Cummings (BBO #692750)
Branch Legal LLC
31 Church St., Suite 3
Winchester, MA 01890
781.325.8060
781.240.6486 (fax)
briana@branchlegal.com
**Attorneys for Defendant
Nuance Communications, Inc.**

Respectfully Submitted by:

HARBOR LAW GROUP

/s/  Catherine Rajwani
Catherine I. Rajwani, Esq. (BBO# 674443)
300 West Main Street, Building A, Unit 1
Northborough, MA 01532
Phone: (508) 393-9244
Fax: (508) 393-9245
Email:  crajwani@harborlaw.com


**Attorney for Plaintiff
SynKloud Technologies, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I served the foregoing document on all attorneys of record.


Dated:  October 3, 2022            /s/ Catherine Rajwani
                                   Catherine Rajwani