UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NUANCE COMMUNICATIONS, INC., <br><br> Defendant. | Civil Action No. 1:20-cv-10564 <br><br> JURY TRIAL DEMANDED |

## STIPULATION REGARDING CLAIMS 51 and 34-36

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff SynKloud Technologies, LLC ("SynKloud") and Defendant Nuance Communications, Inc. ("Nuance") hereby agree to the following (i) SynKloud agrees to dismiss without prejudice its assertion of patent infringement of claim 51 of U.S. Patent No. RE 44,248 against Nuance; and (ii) Nuance agrees to dismiss without prejudice its counterclaims against SynKloud pertaining to SynKloud's assertions of claims 34-36 and 51 of U.S. Patent No. RE 44,248 against Nuance.

The Parties also submit as Exhibit A to this stipulation a proposed final judgment pursuant to the Court's November 25, 2022 Order (ECF No. 139).

*12/22/22 [handwritten]*

*The proposed final judgment is allowed.*

*[signature] Patti B Saris*