UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| SYNKLOUD TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NUANCE COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 1:20-cv-10564<br><br>[PROPOSED] FINAL JUDGMENT |

### [PROPOSED] FINAL JUDGMENT

1. On March 20, 2020, Plaintiff SynKloud Technologies, LLC ("SynKloud") alleged infringement of US Patent No. RE44,248 (the '248 Patent) against Defendant Nuance Communications, Inc. (Nuance").

2. At the summary judgment stage, seven (7) asserted claims remained, claim nos. 29-31, 34-36, and 51.

3. On August 17, 2022, the Court issued a summary judgment order finding that the accused products do not infringe claim nos. 29 and 34. Because claim nos. 30-31 and 35-36 depend upon claim nos. 29 and 34, the accused products also do not infringe upon claim nos. 30-31 and 35-36. *Shire Dev., LLC v. Watson Pharm., Inc.*, 848 F.3d 981, 986 (Fed. Cir. 2017).

4. The Court's summary judgment order also found claim no. 29 invalid as indefinite.

1

5.  On December 12, 2022, the Parties filed a Rule 41(a)(1)(A)(ii) stipulation dismissing (i) all claims and counterclaims as to claim 51 without prejudice and (ii) all counterclaims as to claims 34-36 without prejudice.

6.  As such, all claims between the Parties have been adjudicated and/or dismissed.

/s/ Patti B. Saris
12/20/2022